UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN SEXTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOO LINE RAILROAD COMPANY, and<br>DAKOTA MINNESOTA & EASTERN<br>RAILROAD CORP.<br><br>　　　　　　Defendants. | 3:23-CV-00031-HCA<br><br><br>SCHEDULING AND<br>TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on July 5, 2023. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **August 26, 2024** at **9:00 AM** before United States Chief Magistrate Judge Helen C. Adams at the United States Courthouse, Davenport, Iowa. Trial is estimated to take 5 days.

2. A Final Pretrial Conference shall be held on **August 12, 2024** at **10:00 AM** at the United States Courthouse, Davenport, Iowa, before Chief Magistrate Judge Helen C. Adams.

3. Initial Disclosures have been exchanged.

4. Motions to add parties shall be filed by **August 25, 2023**.

5. Motions for leave to amend pleadings shall be filed by **August 25, 2023** .

6. Plaintiff shall designate expert witnesses and disclose their written reports by **September 27, 2023**.

7. Defendant shall designate expert witnesses and disclose their written reports by **November 27, 2023**.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **December 27, 2023**.

9. Discovery shall be completed by **February 28, 2024.** Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by **March 25, 2024.**

IT IS SO ORDERED.

DATED July 6, 2023.

_____
Helen C. Adams
Chief U.S. Magistrate Judge