UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| John Sexton, | ) | |
| | ) | Case No. 23-cv-00031 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT FILING IN ADVANCE** |
| | ) | **OF THE DECEMBER 5, 2023** |
| Dakota, Minnesota, & Eastern Railroad | ) | **STATUS CONFERENCE** |
| Corporation d/b/a Canadian Pacific, a | ) | |
| Delaware Corporation, | ) | **[NO CONFERENCE REQUESTED]** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's July 6, 2023 Order Setting Status Conferences (Dkt. 20), the parties submit this filing to the Court in advance of the scheduled December 5, 2023 Status Conference.

**1.** **At this time, the parties do not believe there are any matters to be discussed with the Court at the December 5, 2023 Status Conference and instead submit the Discovery Update below.**

**2.** **Discovery Update.** The parties are on track to meet the deadlines set by the Court in its Text Order dated October 10, 2023 (Dkt. 30), including but not limited to the discovery deadline of July 1, 2024. At the October 10, 2023 Status Conference, counsel for Defendant informed the Court of the potential for a motion for a protective order regarding the requested deposition of an executive employee of Defendant. The parties have since come to an agreement regarding the deposition at issue that eliminated the need for motion practice.

In addition, Defendant deposed Plaintiff on October 31, 2023, and Plaintiff deposed an employee of Defendant on November 9, 2023. The Parties are working cooperatively to complete additional written discovery prior to scheduling additional depositions. The Parties have been

4864-2469-5443\3

working through discovery matters and anticipate resolving such matters informally, and therefore, do not at this time anticipate any need for discovery motions.

Date: November 28, 2023                    Respectfully submitted,

YAEGER & JUNGBAUER
BARRISTERS, P.L.C.

/s/ Cyle A. Cramer
John D. Magnuson
Cyle A. Cramer
4601 Weston Woods Way
St. Paul MN, 55127
Phone: (507) 330-4777
Fax: (651) 288-0227
jmagnuson@yjblaw.com
ccramer@yjblaw.com

Megan R. Merritt
SHUTTLEWORTH &
INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
mrm@shuttleworthlaw.com

ATTORNEYS FOR PLAINTIFF

DORSEY & WHITNEY LLP

/s/ Joshua D. Hughes
Joshua Hughes (AT0014950)
hughes.joshua@dorsey.com
Dorsey & Whitney LLP
801 Grand Ave, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 598-7704

John T. Sullivan (pro hac vice)
sullivan.jack@dorsey.com
Briana Al Taqatqa (pro hac vice)
altaqatqa.briana@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel:  (612) 340-2600
Fax:  (612) 340-2868

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I caused the foregoing to be electronically served on all registered parties and/or their attorneys of record at their respective addresses via CM/ECF.

*/s/ Joshua D. Hughes*