# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>　　　　　　Defendants. | No. 3:23-cv-00031-HCA<br><br><br><br><br>**SEXTON'S MOTION TO COMPEL DISCOVERY** |

## MOTION TO COMPEL DISCOVERY

COMES NOW Plaintiff John Sexton, by and through his undersigned attorneys, and respectfully moves this Court for an order compelling Defendant Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific (CP), to produce the 2022 Performance Management Program forms (PMPs) for several of its management employees named in the supporting brief and phone records for Tracy Miller, and awarding relief the Court deems just and warranted, including but not necessarily limited to an award of the fees and costs incurred in bringing this motion. If the court finds good cause and deems so necessary, Sexton requests oral argument on the matters presented.

In bringing this motion, Sexton's counsel certifies that pursuant to Fed. R. Civ. P. 37(a)(1) and S.D. Iowa L.R. 37(a) that counsel has conferred with counsel for CP by telephone on January 10, 2024, in a good-faith effort to resolve the disputes without Court action, and that such efforts narrowed the issues, but have been unsuccessful on the matters discussed in the brief supporting this motion. (See Attachment 1). Further, pursuant to S.D. Iowa L.R. 7(k), counsel for CP have

1

been contacted and conveyed that they object to this motion. Sexton will provide an affidavit detailing fees and costs associated with the motion if granted.

Dated: January 12, 2024            Respectfully submitted,

*/s/ Cyle A. Cramer*
Cyle A. Cramer, *admitted pro hac vice*
John D. Magnuson, *admitted pro hac vice*
Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
Saint Paul, MN 55127
T: 651-288-9532
E: ccramer@yjblaw.com
E: jmagnuson@yjblaw.com

*and*

*/s/ Megan R. Merritt*
MEGAN R. MERRITT    AT0010635
        for
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406-2107
PHONE:   (319) 365-9461
FAX:        (319) 365-8443
E-MAIL:    mrm@shuttleworthlaw.com

ATTORNEYS FOR JOHN SEXTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>Defendants. | No. 3:23-cv-00031-HCA<br><br>**CERTIFICATE OF SERVICE** |

## Certificate Of Service

I hereby certify that on January 14, 2024, I electronically filed the foregoing document and attachments with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all parties or counsel of record to be served by electronic means.

DATED this 12th day of January 2024, Saint Paul, Minnesota.

       Respectfully submitted,

       */s/ Cyle A. Cramer*
       Cyle A. Cramer, *admitted pro hac vice*
       John D. Magnuson, *admitted pro hac vice*
       Yaeger & Jungbauer Barristers, PLC
       4601 Weston Woods Way
       Saint Paul, MN 55127
       T: 651-288-9532
       E: ccramer@yjblaw.com
       E: jmagnuson@yjblaw.com

       ATTORNEYS FOR JOHN SEXTON