**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| John Sexton,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>　　　　　　　Defendants. | No. 3:23-cv-00031-HCA<br><br><br><br><br>**SEXTON'S AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL DISCOVERY** |

I, Cyle A. Cramer, declare as follows:

1. I am counsel for Plaintiff, John Sexton in this matter. Accordingly, I have personal knowledge of the status of discovery and the pending motion before the Court.

2. I make this Declaration in support of Sexton's Motion to Compel Discovery.

3. Pursuant to the Southern District of Iowa LR 37(a), I, in good faith have conferred with counsel for the opposing party, as described in the Brief Supporting Sexton's Motion to Compel, in an attempt to resolve or narrow by agreement the issues raised by the motion; and the parties were able to resolve some matters, however, the parties have been unable to reach an agreement on others. The nature of such disagreements are described within Sexton's Brief Supporting Sexton's Motion to Compel.

4. Pursuant to S.D. Iowa L.R. 7(k), I have contacted counsel for CP and CP counsel conveyed that they object to this motion.

5. Pursuant to the Southern District of Iowa LR 37(b), I have attached a true and correct copy of the disputed requests and responses by embedding them in the supporting brief.

6. Attached as Exhibit **"1"** is a true and correct copy of January 18, 2021, Email to Tracy Miller.

7. Attached as Exhibit **"2"** is a true and correct copy of January 20, 2021, Email from Tom Jared.

8. Attached as Exhibit **"3"** is a true and correct copy of Safety Review – US West Cutting Tracks 1.

9. Attached as Exhibit **"4"** is a true and correct copy of Safety Review – US West Cutting Tracks 2.

10. Attached as Exhibit **"5"** is a true and correct copy of February 1, 2021, Email McKelvey to Prince.

11. Attached as Exhibit **"6"** is a true and correct copy of February 1, 2021, Email Jared to McKelvey.

12. Attached as Exhibit **"7"** is a true and correct copy of February 10, 2021, Email Miller to Jared.

13. Attached as Exhibit **"8"** is a true and correct copy of Stipulation Regarding Prior Discovery.

14. Attached as Exhibit **"9"** is a true and correct copy of Short Term Incentive Plan.

15. Attached as Exhibit **"10"** is a true and correct copy of Teams Message from McKelvey to Prince.

16. Attached as Exhibit **"11"** is a true and correct copy of 2021 PMP Form for Tom Jared.

17. Attached as Exhibit **"12"** is a true and correct copy of 2020 PMP Form for Tom Jared.

18. Attached as Exhibit **"13"** is a true and correct copy of September 26, 2023, Correspondence Letter from Defense.

19. Attached as Exhibit **"14"** is a true and correct copy of November 22, 2023, Correspondence Letter from Defense.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 12, 2024                Respectfully submitted,

*/s/ Cyle A. Cramer*
Cyle A. Cramer, *admitted pro hac vice*
John D. Magnuson, *admitted pro hac vice*
Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
Saint Paul, MN 55127
T: 651-288-9532
E: ccramer@yjblaw.com
E: jmagnuson@yjblaw.com