# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>         Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>         Defendants. | No. 3:23-cv-00031-HCA<br><br><br><br>**STIPULATED MOTION TO EXTEND DEADLINES** |

The parties jointly file this motion to extend the discovery deadline from July 1, 2024, to **Thursday, July 11, 2024**, for the sole purpose of completing the depositions of Tracy Miller and Plaintiff's expert witness Brandon Ogden. Through the diligent efforts of the parties, the parties were unable to identify mutually agreeable dates on which to depose these witnesses prior to the close of discovery. The parties also move to extend the dispositive/expert motion deadline from July 25, 2024, to **Monday, August 5, 2024,** to accommodate the limited discovery deadline extension.

The parties have been diligently engaging in discovery. The parties have already completed four depositions and will complete three more before July 1, 2024.

The parties believe that this additional time for discovery will allow them to complete the depositions of Mr. Miller and Mr. Ogden. The parties further believe the extension to the deadline to file dispositive/expert motions is necessary to allow sufficient time to process deposition transcripts and complete briefing and argument on any dispositive/expert

motions. The parties do not believe these short extensions will impact the trial date set for January 13, 2025. For the foregoing reasons, the parties respectfully request that the Court extend the discovery deadline to July 11, 2024 for the sole purpose of completing the depositions of Tracy Miller and Plaintiff's expert witness Brandon Ogden, and extend the dispositive/expert motion deadline to August 5, 2024.

Respectfully submitted,

*/s/ Cyle A. Cramer*
Attorneys for Plaintiff:
Cyle A. Cramer (admitted pro hac vice)
John Magnuson (admitted pro hac vice)
Yaeger & Jungbauer Barristers
4601 Weston Woods Way
Saint Paul, MN 55127
Telephone: 651-288-9537
ccramer@yjblaw.com
jmagnuson@yjblaw.com

Attorneys for Defendants:
Joshua Hughes (AT0014950)
Dorsey & Whitney LLP
801 Grand Ave, Suite 4100
Des Moines, IA 50309
Telephone: (515) 283-1000
Facsimile: (515) 598-7704
hughes.joshua@dorsey.com

Megan R. Merritt (AT0010635)
Shuttleworth & Ingersoll, P.L.C.
115 3rd St. SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
Telephone: (319) 365-9461
Facsimile: (319) 365-8443
mrm@shuttleworthlaw.com

*/s/ Briana Al Taqatqa*
John T. Sullivan (admitted pro hac vice)
Briana Al Taqatqa (admitted pro hac vice)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
sullivan.jack@dorsey.com
altaqatqa.briana@dorsey.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>　　　　　　Defendants. | No. 3:23-cv-00031-HCA<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

## Certificate Of Service

I hereby certify that on June 5, 2024, I electronically filed the foregoing document and attachments with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all parties or counsel of record to be served by electronic means.

DATED this 5th day of June 2024, Saint Paul, Minnesota

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Cyle A. Cramer*
　　　　　　　　　　　　　　　　　　　Cyle A. Cramer, *admitted pro hac vice*
　　　　　　　　　　　　　　　　　　　Yaeger & Jungbauer Barristers, PLC
　　　　　　　　　　　　　　　　　　　4601 Weston Woods Way
　　　　　　　　　　　　　　　　　　　Saint Paul, MN 55127
　　　　　　　　　　　　　　　　　　　T: 651-288-9532
　　　　　　　　　　　　　　　　　　　E: ccramer@yjblaw.com