# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>              Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>              Defendants. | No. 3:23-cv-00031-HCA<br><br><br>**PROPOSED ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

      Counsel have conferred and based on the discussions and the parties' proposed deadline extensions; it is hereby ordered:

1. The discovery deadline is extended from July 1, 2024, to **Thursday, July 11, 2024**;

2. This deadline extension is for the sole purpose of completing the deposition of Tracy Miller and Plaintiff's expert witness Brandon Ogden.

3. The dispositive/expert motion deadline is extended from July 25, 2024, to **Monday, August 5, 2024.**

4. All other scheduled deadlines and dates remain the same.

IT IS SO ORDERED.

DATED:_____

 

                                                                          Helen C. Adams<br>
                                                                           Chief U.S. Magistrate Judge