**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| John Sexton, <br><br> Plaintiff, <br><br> v. <br><br> Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation, <br><br> Defendants. | No. 3:23-cv-00031-HCA <br><br> **STIPULATED MOTION TO EXTEND DEADLINE** |

The parties jointly file this stipulated motion to extend the discovery deadline from July 11, 2024, to **Friday, July 19, 2024**, for the sole purpose of completing the deposition of Jason Ross. The parties request no other changes to any deadline.

Good cause exists to extend discovery to complete Mr. Ross's deposition, as follows:

1.      Mr. Ross is the Senior Vice President of Operations of Mexico for Canadian Pacific Kansas City Ltd. ("CPKC"), which is the parent of Defendant Dakota, Minnesota & Eastern Railroad Corporation ("DM&E").

2.      Mr. Ross's responsibilities as Senior Vice President of Operations of Mexico include the oversight and management of CPKC's response to severe weather events.

3.      Mr. Ross's deposition was first scheduled for July 26, 2024, but had to be postponed because he was required to manage CPKC's response to Hurricane Alberto, which affected CPKC operations and employees in Mexico.

4.      The parties agreed to reschedule Mr. Ross's deposition to July 9, 2024, but

Mr. Ross is no longer available because he must be in the field to manage CPKC's response to Hurricane Beryl, which is expected to affect CPKC operations in Texas and Mexico.

5.      Given the above, the parties request that the discovery deadline be extended to July 19, 2024, for the sole purpose of conducting Mr. Ross's deposition, which they have agreed will take place at 9 a.m. on July 18, 2024.

6.      The parties have worked diligently to complete discovery, including by conducting three depositions since the Court's June 5, 2024, Order granting the parties' prior stipulated motion. Other than Mr. Ross, all depositions will be completed no later than July 10, 2024.

7.      The parties do not request any other change to any other deadline set by the Court.

Respectfully submitted,

*/s/ John Magnuson*
Attorney for Plaintiff:
Cyle A. Cramer (admitted pro hac vice)
John Magnuson (admitted pro hac vice)
Yaeger & Jungbauer Barristers
4601 Weston Woods Way
Saint Paul, MN 55127
Telephone: 651-288-9537
ccramer@yjblaw.com
jmagnuson@yjblaw.com

*/s/ John T. Sullivan*
Attorney for Defendants:
Joshua Hughes (AT0014950)
Dorsey & Whitney LLP
801 Grand Ave, Suite 4100
Des Moines, IA 50309
Telephone: (515) 283-1000
Facsimile: (515) 598-7704
hughes.joshua@dorsey.com

Megan R. Merritt (AT0010635)
Shuttleworth & Ingersoll, P.L.C.
115 3rd St. SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
Telephone: (319) 365-9461
Facsimile: (319) 365-8443
mrm@shuttleworthlaw.com

John T. Sullivan (admitted pro hac vice)
Briana Al Taqatqa (admitted pro hac vice)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
sullivan.jack@dorsey.com
altaqatqa.briana@dorsey.com

4861-1622-1390\2