# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>    Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>    Defendants. | No. 3:23-cv-00031-HCA<br><br>**PROPOSED ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE** |

  Counsel have conferred and based on the discussions and the parties' proposed deadline extensions; it is hereby ordered:

  1. The discovery deadline is extended from July 11, 2024, to **Friday, July 19, 2024**, for the sole purpose of completing the deposition of Jason Ross.

  2. All other scheduled deadlines and dates, including the dispositive/expert motion deadline, remain the same.

IT IS SO ORDERED.

DATED: _____      _____

                             Helen C. Adams
                             Chief U.S. Magistrate Judge