IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

|  |  |
|---|---|
| John Sexton, <br><br>   Sexton,<br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>   Defendant. | Case No. 23-cv-00031<br><br>**JOINT MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT APPENDICES UNDER SEAL** |

COMES NOW Plaintiff John Sexton ("Plaintiff") and Defendant Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific ("CP") (collectively, the "Parties"), by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 5(c), hereby states as follows:

1. On May 5, 2023, Plaintiff filed his Complaint.

2. Understanding the scope of discovery in this matter would likely encompass sensitive information, the Parties stipulated to a joint Protective Order (the "Protective Order"). (Dkt. 22).

3. Since then, the parties have engaged in comprehensive written discovery and taken multiple depositions. The Parties' document production(s) include categories of documents protected by the Joint Protective Order, including phone records for CP employees, CP's internal communications, personnel information (including compensation plans and disciplinary records for current and former CP employees), and CP's internal policies and operating procedures.

4890-4763-1828\2

4. Employee personnel records are categorized as "Confidential Information" under the Protective Order (Dkt. 22, at ¶ 1(a)(v)). The Local Rules likewise encourage restraint before publicly filing certain employment records. *See* L.R. 10(g)(8).

5. The phone records[1] contain a log of all calls made or received during a given time period. The phone records likewise disclose the phone number of the phone's owner, the phone number of the caller or recipient of the call, that person's location, and the number of minutes the call lasted.

6. The phone numbers listed on the phone records should be protected from public disclosure. *See* L.R. 10(g)(15).

7. Likewise, internal communications of CP employees reflecting sensitive or proprietary information should be shielded from full public access. *See* L.R. 10(g)(10).

8. CP intends to file a motion for summary judgment on Plaintiff's claims. Plaintiff likewise intends to file a cross motion for summary judgment.

9. The Parties have represented they are likely to rely in part on the categories of protected documents described above for their respective motion(s) for summary judgment and opposition(s) thereto.

10. Pursuant to Local Rule 56(a)(4), the Parties must include any exhibits on which they rely for summary judgment in an appendix to be filed with the Court via ECF.

11. The Parties have met and conferred in good faith and jointly reach this position seeking leave to file their respective summary judgment appendices under seal.

12. Accordingly, the Parties jointly and respectfully request leave to file their respective appendices in support of summary judgment and appendices in opposition to summary

---

[1] This Court addressed the production of some of the "phone records" in response to Plaintiff's Motion to Compel. (Order, Dkt. 36).

judgment under seal. In the alternative, the Parties jointly and respectfully request leave to file only the documents described herein under seal as a "sealed appendix" in support of or in opposition to a motion for summary judgment.

WHEREFORE, Plaintiff John Sexton and Defendant Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific respectfully request the Court GRANT their Joint Motion for Leave to File Summary Judgment Appendices Under Seal.

Dated: August 2, 2024

| YAEGER & JUNGBAUER BARRISTERS, P.L.C. | DORSEY & WHITNEY LLP |
|---|---|
| /s/ Cyle A. Cramer | /s/ Joshua D. Hughes |
| John D. Magnuson<br>Cyle A. Cramer<br>4601 Weston Woods Way<br>St. Paul MN, 55127<br>Phone: (507) 330-4777<br>Fax: (651) 288-0227<br>jmagnuson@yjblaw.com<br>ccramer@yjblaw.com | Joshua Hughes (AT0014950)<br>hughes.joshua@dorsey.com<br>Dorsey & Whitney LLP<br>801 Grand Ave, Suite 4100<br>Des Moines, IA 50309<br>Tel: (515) 283-1000<br>Fax: (515) 598-7704 |
| Megan R. Merritt<br>SHUTTLEWORTH & INGERSOLL, P.L.C.<br>115 3rd Street SE, Suite 500<br>P.O. Box 2107<br>Cedar Rapids, IA 52406<br>Phone: (319) 365-9461<br>Fax: (319) 365-8443<br>mrm@shuttleworthlaw.com | John T. Sullivan (pro hac vice)<br>sullivan.jack@dorsey.com<br>Briana Al Taqatqa (pro hac vice)<br>altaqatqa.briana@dorsey.com<br>Dorsey & Whitney LLP<br><br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Tel: (612) 340-2600<br>Fax: (612) 340-2868 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |