UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| John Sexton, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>Dakota, Minnesota & Eastern Railroad )<br>Corporation d/b/a Canadian Pacific, a )<br>Delaware Corporation, )<br>)<br>Defendant. ) | Case No. 23-cv-00031<br><br>**DEFENDANT'S MOTION FOR**<br>**SUMMARY JUDGMENT**<br><br>**\*ORAL ARGUMENT REQUESTED\*** |

COMES NOW Defendant Dakota Minnesota & Eastern Railroad Corporation, d/b/a Canadian Pacific ("CP"), pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, and through its undersigned counsel hereby moves this Court for summary judgment on all claims made by Plaintiff John Sexton in his Second Amended Complaint (Dkt. 24-1), stating in support as follows:

1. CP is entitled to summary judgment dismissing Sexton's complaint in its entirety because he will not and cannot establish a prima facie case of retaliation in violation of the Federal Railroad Safety Act ("FRSA"). Specifically, Sexton will fail to establish that his 20-day suspension was caused by any protected activity.

2. CP also is entitled to summary judgment for the independently sufficient reason that CP demonstrated, by clear and convincing evidence for which there is no genuine issue of material fact, that it would have suspended Sexton for 20 days regardless of any protected activity.

3. This Motion is based on the following additional materials, each of which is incorporated herein by reference and filed and served as attachments to this Motion:

    a. CP's Memorandum of Law in Support of its Motion for Summary Judgment;

      b.      CP's Statement of Undisputed Facts;

      c.      CP's Appendix with supporting documents;

      d.      CP's Sealed Appendix, filed separately pursuant to this Court's Order (Dkt. 49).

4.      CP requests to be heard in oral argument on its Motion for Summary Judgment.

WHEREFORE Defendant Dakota Minnesota & Eastern Railroad Corporation, d/b/a Canadian Pacific respectfully requests oral argument on its motion and requests this Court enter an order granting its Motion for Summary Judgment, dismissing Plaintiff's Second Amended Complaint in its entirety, assessing all costs against Plaintiff, and providing such other and further relief as this Court deems just and proper.

Dated: August 5, 2024                            DORSEY & WHITNEY LLP

                                                      /s/ Joshua D. Hughes
                                                      Joshua Hughes (AT0014950)
                                                      hughes.joshua@dorsey.com
                                                      Dorsey & Whitney LLP
                                                      801 Grand Ave, Suite 4100
                                                      Des Moines, IA 50309
                                                      Tel: (515) 283-1000
                                                      Fax: (515) 598-7704


                                                      /s/ John T. Sullivan
                                                      John T. Sullivan (pro hac vice)
                                                      sullivan.jack@dorsey.com
                                                      Briana Al Taqatqa (pro hac vice)
                                                      altaqatqa.briana@dorsey.com
                                                      Dorsey & Whitney LLP
                                                      50 South Sixth Street, Suite 1500
                                                      Minneapolis, MN 55402
                                                      Tel: (612) 340-2600
                                                      Fax: (612) 340-2868

                                                      ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on August 5, 2024, I caused the foregoing to be electronically served on Plaintiff via ECF, which provides notice and a copy to Plaintiff's counsel and all other counsel of record:

Megan R. Merritt
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
mrm@shuttleworthlaw.com

John D. Magnuson
Cyle A. Cramer
YAEGER & JUNGBAUER BARRISTERS, P.L.C.
4601 Weston Woods Way
St. Paul MN, 55127
Phone: (507) 330-4777
Fax: (651) 288-0227
jmagnuson@yjblaw.com
ccramer@yjblaw.com

                                /s/ Joshua D. Hughes
                                Counsel for Defendant