UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| John Sexton, ) | |
| ) | Case No. 23-cv-00031 |
| Plaintiff, ) | |
| ) | |
| v. ) | **DECLARATION OF** |
| ) | **BRIANA AL TAQATQA** |
| Dakota, Minnesota, & Eastern Railroad ) | |
| Corporation d/b/a Canadian Pacific, a ) | |
| Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

COMES NOW I, Briana Al Taqatqa, and affirm, attest, and declare as follows:

1. I am counsel of record for Defendant Dakota, Minnesota, & Eastern Railroad Corporation, d/b/a Canadian Pacific ("CP") in the above referenced matter, and I have personal knowledge of the facts stated herein.

2. I provide this Declaration in support of CP's Motion In Limine to Exclude Plaintiff's Expert Brandon L. Ogden.

3. Attached to this Declaration as its **Exhibit A** is a true and correct copy of excerpts of the transcript of the October 31, 2023, Deposition of Plaintiff John Sexton.

4. Attached to this Declaration as its **Exhibit B** is a true and correct copy of the August 5, 2024, Declaration of Jeffrey McInnis.

5. Attached to this Declaration as its **Exhibit C** is a true and correct copy of excerpts from the General Code of Operating Rules, Seventh Edition, dated April 1, 2015. This document was Exhibit 2 at Sexton's deposition.

6. Attached to this Declaration as its **Exhibit D** is a true and correct copy of excerpts of the transcript of the June 20, 2024, Deposition of Tom Jared. A non-redacted copy of Exhibit D is included with CP's Sealed Appendix in Support of Summary Judgment as Sealed Exhibit 27.

7. Attached to this Declaration as its **Exhibit E** is a true and correct copy of excerpts of the transcript of the May 10, 2024, Deposition of Mark Johnson.

8. Attached to this Declaration as its **Exhibit F** is a true and correct copy of excerpts of the transcript of the July 18, 2024, Deposition of Jason Ross. A non-redacted copy of Exhibit F is included with CP's Sealed Appendix in Support of Summary Judgment as Sealed Exhibit 38.

9. Attached to this Declaration as its **Exhibit G** is a true and correct copy of the August 1, 2024, Declaration of Tom Jared.

10. Attached to this Declaration as its **Exhibit H** is a true and correct copy of e-mail correspondence dated between February 15, 2021, and February 24, 2021. This document was Exhibit 35 at Johnson's deposition. A non-redacted copy of Exhibit H is included with CP's Sealed Appendix in Support of Summary Judgment as Sealed Exhibit 21.

11. Attached to this Declaration as its **Exhibit I** is a true and correct copy of excerpts from the collective bargaining agreement between CP and the Brotherhood of Locomotive Engineers and Trainmen. This document was Exhibit 1 at Sexton's deposition.

12. Attached to this Declaration as its **Exhibit J** is a true and correct copy of the transcript of the February 10, 2021, investigation hearing conducted into Sexton's violation of GCOR 5.3.7. This document was Exhibit 10 at Sexton's deposition. A non-redacted copy of Exhibit J is included with CP's Sealed Appendix in Support of Summary Judgment as Sealed Exhibit 9.

13. Attached to this Declaration as its **Exhibit K** is a true and correct copy of the February 26, 2021, letter issuing discipline to Sexton. This document was Exhibit 12 at Sexton's deposition. A non-redacted copy of Exhibit K is included with CP's Sealed Appendix in Support of Summary Judgment as Sealed Exhibit 10.

14. Attached to this Declaration as its **Exhibit L** is a true and correct copy of the August 26, 2022, decision of the Public Law Board. This document was Exhibit 13 at Sexton's deposition.

15. Attached to this Declaration as its **Exhibit M** is a true and correct copy of the March 21, 2024, report of Brandon L. Ogden.

16. Attached to this Declaration as its **Exhibit N** is a true and correct copy of CP's Responses to Plaintiff's Fifth Set of Discovery Requests, dated February 12, 2024.

17. Attached to this Declaration as its **Exhibit O** is a true and correct copy of a written statement of Justin DePover that was Exhibit 5 at the February 10, 2021, investigation hearing conducted into Sexton's violation of GCOR 5.3.7. This document was produced in discovery by Sexton at SEXTON_00008.

18. Attached to this Declaration as its **Exhibit P** is a true and correct copy of the August 1, 2024, Declaration of Jason Ross.

19. Attached to this Declaration as its **Exhibit Q** is a true and correct copy of excerpts of the transcript of the June 24, 2024, Fed. R. Civ. P. 30(b)(6) Deposition of McKinsey Hanson.

20. Attached to this Declaration as its **Exhibit R** is a true and correct copy of CP's Short Term Incentive Plan (STIP) Policy. This document was Exhibit 41 at Johnson's deposition.

21. Attached to this Declaration as its **Exhibit S** is a true and correct copy of a receipt that was Exhibit 51 at Jared's deposition.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on: August 5, 2024       */s/ Briana Al Taqatqa*
                                                                   Briana Al Taqatqa