IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>               Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>               Defendants. | No. 3:23-cv-00031-RGE-HCA<br><br><br><br>**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT** |

Plaintiff John Sexton moves the Court for an order for partial summary judgment in his favor on the question of liability against Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific (CP) under the whistleblower protections of the Federal Rail Safety Act ("FRSA"), codified at 49 U.S.C. § 20109, and on CP's statutory affirmative defense. The following headings provide each of the grounds for the motion:

1. As a matter of law, Sexton's refusal to operate his train without cutting the tracks was made in good faith and constitutes a protected activity pursuant to 49 U.S.C. § 20109(b)(1)(B).

2. As a matter of law, Sexton reported unsafe conditions requiring tracks to be cleared of ice and snow to Trainmaster Kurtis McKelvey, constituting a protected activity pursuant to 49 U.S.C. § 20109(b)(1)(A).

3. Sexton's report of unsafe conditions requiring tracks to be cleared of ice and snow and Mr. McKelvey's unsafe instructions to Vice President Tracy Miller constitutes a report as described under 49 U.S.C. § 20109(b)(1)(A).

4. Sexton's report of General Manager Tom Jared's unsafe test in instructing Justin DePover

to stop providing directions constitutes a report as described under 49 U.S.C. § 20109(b)(1)(A).

5. As a matter of law, there is a preponderance of evidence that the rail carrier had knowledge of Sexton's protected activities.

6. CP's 20-day suspension of Sexton constitutes an adverse personnel action as described in 49 U.S.C. § 20109(a).

7. Jared's test that subjected Sexton to disciplinary action constitutes an adverse personnel action as described in 49 U.S.C. § 20109(a).

8. CP's disciplinary investigation against Sexton constitutes an adverse personnel action as described in 49 U.S.C. § 20109(a).

9. As a matter of law, by a preponderance of the evidence, any combination of Sexton's protected activities contributed to CP's adverse personnel actions against Sexton.

10. CP has failed to produce sufficient evidence for a finder of fact to determine by clear and convincing evidence that it would have conducted unwarranted discipline pursuant to CP's collective bargaining agreement and disciplinary policies and imposed a 20-day unpaid suspension against any other employee absent protected activity.

August 5, 2024

Respectfully Submitted,
YAEGER & JUNGBAUER BARRISTERS, PLC

By: */s/ Cyle Cramer*
John D. Magnuson, *pro hac vice.*
Cyle A. Cramer, *pro hac vice.*
4601 Weston Woods Way
Saint Paul, MN 55127
Telephone: (651) 288-9500
jmagnuson@yjblaw.com
ccramer@yjblaw.com

and

MEGAN R. MERRITT AT0010635
    for
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406-2107
PHONE: (319) 365-9461
FAX: (319) 365-8443
E-MAIL: mrm@shuttleworthlaw.com

*Attorneys for Plaintiff John Sexton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>　　　　　Defendants. | No. 3:23-cv-00031-HCA<br><br>**CERTIFICATE OF SERVICE** |

## Certificate Of Service

I hereby certify that on August 5, 2024, I electronically filed the foregoing document and attachments with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all parties or counsel of record to be served by electronic means.

DATED this 5th day of August 2024, Saint Paul, Minnesota

　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　YAEGER & JUNGBAUER BARRISTERS, PLC

　　　　　　　　　　By: */s/ Cyle Cramer*
　　　　　　　　　　John D. Magnuson, *pro hac vice.*
　　　　　　　　　　Cyle A. Cramer, *pro hac vice.*
　　　　　　　　　　4601 Weston Woods Way
　　　　　　　　　　Saint Paul, MN 55127
　　　　　　　　　　Telephone: (651) 288-9500
　　　　　　　　　　jmagnuson@yjblaw.com
　　　　　　　　　　ccramer@yjblaw.com

　　　　　　　　　　and

　　　　　　　　　　MEGAN R. MERRITT AT0010635
　　　　　　　　　　　　　for

SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406-2107
PHONE: (319) 365-9461
FAX: (319) 365-8443
E-MAIL: mrm@shuttleworthlaw.com

*Attorneys for Plaintiff John Sexton*