**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| John Sexton,<br><br>    Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>    Defendants. | No. 3:23-cv-00031-RGE-HCA<br><br><br><br>**CRAMER'S AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT** |

I, Cyle A. Cramer, declare as follows:

1. I am counsel for Plaintiff, John Sexton in this matter. Accordingly, I have personal knowledge of the status of discovery and the pending motion before the Court.

2. I make this Affidavit in support of Sexton's Motion for Partial Summary Judgement.

3. Pages 1-24 of Appendix A is a true and correct copy of Excerpts from Sexton's Deposition.

4. Pages 25-36 of Appendix A is a true and correct copy of Excerpts from McKelvey's 1st Deposition.

5. Pages 37-66 of Appendix A is a true and correct copy of Excerpts from Ross' Deposition.

6. Pages 67-74 of Appendix A is a true and correct copy of Excerpts from McKelvey's 2nd Deposition.

7. Pages 75-79 of Appendix A is a true and correct copy of Excerpts from Miller's Deposition.

8. Pages 80-113 of Appendix A is a true and correct copy of Excerpts from Jared's Deposition.

9. Page 114 of Appendix A is a true and correct copy of Train Delay Report.

10. Pages 116-128 of Appendix A is a true and correct copy of Excerpts from Johnson's Deposition.

11. Page 129 of Appendix A is a true and correct copy of Notice of Investigation.

12. Page 130 of Appendix A is a true and correct copy of GCOR Radio Response Rules.

13. Pages 131-132 of Appendix A is a true and correct copy of Formal Request for Andrew Cruciani and David Cox to be witnesses.

14. Pages 133-161 of Appendix A is a true and correct copy of Excerpts from Sexton's Investigation Transcript.

15. Pages 162-174 of Appendix A is a true and correct copy of Excerpts from Johnson's Deposition.

16. Pages 175-183 of Appendix A is a true and correct copy of Excerpts from Dittrich-Bigley's Deposition.

17. Page 184 of Appendix A is a true and correct copy of Notice of Discipline.

18. Pages 185-188 of Appendix A is a true and correct copy of Public Law Board Decision Overturning Sexton's Discipline.

19. Pages 189-210 of Appendix A is a true and correct copy of Sexton's previous testing results.

20. Pages 211-213 of Appendix A is a true and correct copy of Excerpts from Ogden's Deposition.

21. Pages 214-224 of Appendix A is a true and correct copy of Excerpts from Hanson's Deposition.

22. Pages 1-7 and 13-15 of Appendix B is a true and correct copy of Excerpt of Messages Sent/Received by Kurtis McKelvey.

23. Pages 8-10 of Appendix B is a true and correct copy of Email Regarding Delay.

24. Pages 11-12 of Appendix B is a true and correct copy of Email with Incident Report.

25. Pages 16-17 of Appendix B is a true and correct copy of Email Containing Sexton's Safety Report.

26. Page 18 of Appendix B is a true and correct copy of Excerpt from CP's Discipline Policy.

27. Pages 19-22 of Appendix B is a true and correct copy of Emails Regarding Sexton's Discipline.

28. Page 23 of Appendix B is a true and correct copy of Discipline Waiver for Employee D.C.

29. Pages 24-26 of Appendix B is a true and correct copy of A Submission to OSHA by CP.

30. Page 27 of Appendix B is a true and correct copy of Letter of Reprimand for Employee G.H.

31. Pages 28-29 of Appendix B is a true and correct copy of Excerpts from CP and BLET Collective Bargaining Agreement.

32. Pages 30-31 of Appendix B is a true and correct copy of Excerpts from CP's Disciplinary Investigation Manual.

33. Page 32 of Appendix B is a true and correct copy of CP's Policy 1300.

34. Pages 33 of Appendix B is a true and correct copy of Excerpt from Efficiency Test Manual.

35. Pages 34-35 of Appendix B is a true and correct copy of CP's Policy 3411.

36. Pages 36-39 of Appendix B is a true and correct copy of Excerpt from Kurtis McKelvey PMP.

37. Pages 40-42 of Appendix B is a true and correct copy of Excerpt from Marcus Johnson PMP.

38. Pages 43-45 of Appendix B is a true and correct copy of Excerpt from Thomas Jared PMP.

39. Pages 46-48 of Appendix B is a true and correct copy of Excerpt from Dylan Smith PMP.

40. Pages 49-53 of Appendix B is a true and correct copy of Excerpt from Jason Ross PMP.

41. Page 54 of Appendix B is a true and correct copy of Thomas Jared 2022 Short Term Incentive Plan Award.

42. The record does not include evidence that CP has disciplined any other engineer with a 20-day unpaid suspension for violation of GCOR 5.3.7.

43. The record does not include evidence that CP has disciplined another employee with no major discipline on their record with a 20-day unpaid suspension for the same rule violation CP assessed against Mr. Sexton.

44. The record does not include evidence demonstrating CP has conducted a disciplinary investigation that was overturned by the public law board for being flawed to such an

extent that it deprived a fair and impartial hearing for any other employee absent protected activity.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: August 5, 2024                        Respectfully submitted,

                                             */s/ Cyle A. Cramer*
                                             Cyle A. Cramer
                                             William G. Jungbauer
                                             John D. Magnuson
                                             Yaeger & Jungbauer Barristers, PLC
                                             4601 Weston Woods Way
                                             Saint Paul, MN 55127
                                             T: 651-288-9532
                                             E: ccramer@yjblaw.com
                                             E: wjungbauer@yjblaw.com
                                             E: jmagnuson@yjblaw.com

                                             *Attorneys for Plaintiff John Sexton*

                                   *Signed on August 5, 2024 in front of:*



Keleenah Txihlub Yang
Notary Public
Minnesota
My Commission Expires January 31, 2028