# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>    Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>    Defendants. | No. 3:23-cv-00031-RGE-HCA<br><br>**DECLARATION OF CYLE A. CRAMER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF BRANDON L. OGDEN** |

I, Cyle A. Cramer, declare as follows:

1. I am counsel for the Plaintiff, John Sexton, in this matter. Accordingly, I have personal knowledge of the status of discovery and the pending motions before the court.

2. I make this Declaration in support of PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF BRANDON L. OGDEN.

3. Attached as Exhibit "1" are true and correct copies of excerpts from Ogden's Deposition.

4. Attached as Exhibit "2" is a true and correct copy of Ogden's Curriculum Vitae.

5. Attached as Exhibit "3" is a true and correct copy of Ogden's Case list.

Dated: August 19, 2024      Respectfully submitted,

                **YAEGER JUNGBAUER BARRISTERS, PLC**

                /s/ Cyle A. Cramer
                John D. Magnuson, *pro hac vice*
                Cyle A. Cramer, *pro hac vice*
                4601 Weston Woods Way

St. Paul, MN 55127
T: (651) 288-9500
F: (612) 288-0227
jmagnuson@yjblaw.com
ccramer@yjblaw.com

and

Megan r. Merritt, AT0010635
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406-2107
T: (319) 365-9461
F: (319) 365-8443
mrm@shuttleworthlaw.com

*Attorneys for Plaintiff John Sexton*