EXHIBIT "A"

# BRANDON L. OGDEN
Expert Witness & Consultant
629 Route D, Lockwood, MO 65682
brandon@ogdenexpertwitness.com
417-813-0958

## EXPERTISE

**Railroad Safety & Operations**
*Expert Witness & Consultant*

I have 17 years of experience as a certified switchman/conductor or railroad operations manager with BNSF Railway, or railroad operations consultant. I offer extensive knowledge in train operation and operating rules interpretation. Promoting my way through the railroad management ranks as Trainmaster, Director of Administration, Terminal Manager and Superintendent of Operations, I offer distinguished railroad leadership experience and substantial industry knowledge and expertise. Leading my team of over 300 train, yard and engine employees to multiple extended human factor incident and injury free streaks was a highlight of my accomplished railroad career.

Clients include firms who seek assistance for incidents involving railroad employees and freight or passenger trains in the following areas:

- Railroad employee injuries
- Railroad train derailments
- Railroad train collisions
- Railroad train handling
- Railroad event recorder analysis
- Railroad highway-grade crossing incidents
- Railroad industrial property damage incidents
- Railroad train-pedestrian incidents
- Railroad freight and passenger train safety
- Railroad FELA
- Railroad FRSA

## EXPERIENCE

**Ogden Expert Witness,** Lockwood, Missouri, June 2016 – Present
*Expert Witness & Consultant*
- Utilizing my specialized training, experience, and knowledge of the custom and practice of the rail industry to review, analyze, and opine on railroad operations cases.
- Apply the same methodology I used during my management years with BNSF Railway to inspect and investigate railroad operations incidents, evaluate railroad employee rules compliance, and interpret train operation and operating rules.
- Consulting on railroad incidents including personal injuries, collisions, train handling, and switching operations.

**BNSF Railway,** Springfield, Missouri, January 2014-May 2016
*Superintendent of Operations*
- Supported, taught, and met the needs of my coworkers.
- Lead the operating team to meet and exceed our customer's expectations safely and efficiently.
- Built strong relationships, exercised proactive accountability, and gave feedback and recognition.
- Implemented a predictive work schedule pilot program in the Springfield Terminal for TY&E crews as a fatigue countermeasure.
- Regularly supervised the operation of BNSF officer special passenger trains across multiple subdivisions.
- Provided supervision and management oversight for officer special passenger train safety, including enforcement of passenger train rules, policies, and safety procedures to ensure passenger safety.

- Facilitated the performance management process including setting PMP goals and rating my subordinates on their safety, service, efficiency and velocity goals at mid-year and year-end each year.
- Lead my operating team to meet our safety, service, efficiency, and velocity goals.
- Investigated potential rules violations and determined/assigned discipline, including discretionary discipline.

**BNSF Railway,** Springfield, Missouri, December 2012-January 2014
*Terminal Manager*
- Motivated managers and employees to meet safety, service, efficiency, and velocity metrics daily.
- Supervised TY&E employees and planned daily operations consistent with safety and efficiency.
- Coordinated with site safety team to solve safety issues and eliminate at risk behaviors.
- Utilized process improvement teams and lessons learned log to implement process improvement.
- Prepared Springfield terminal for system-wide Best Way and BST safety initiative.
- Mentored and facilitated training for new trainmasters, utilizing a trainmaster training guide.

**BNSF Railway,** Springfield, Missouri, October 2010-December 2012
*Director of Administration*
- Coordinated the division MLOA process from initial request through completion, including return to work.
- Managed the division discipline and investigation process, including alleged operating rules and attendance violations.
- Interpreted BNSF's PEPA progressive discipline policy, discipline procedures, attendance and GCOR rules.
- Provided oversight for the division invoicing, investigation, and attendance guideline processes.
- Promoted safety through interaction with employees around hotline calls and van / lodging issues.
- Set up sustainable processes to promote efficiency and reduce cost in division office budget.

**BNSF Railway,** Fort Worth, TX - Kansas City, MO, Tulsa, OK - Springfield, MO, July 2006-October 2010
*Management Trainee - Terminal Trainmaster*
- Completed classroom and field training/testing on railroad operating rules and instructions.
- Completed derailment, human factor incident, and root cause analysis investigation training.
- Completed cross-departmental field training with mechanical and engineering departments.
- Certified to complete railroad operations testing and promoted to frontline supervisor.
- Executed the operating plan, while monitoring and controlling costs to meet goals.
- Insured compliance with safety rules, schedule agreements and government regulations.
- Conducted operations tests to ensure railroad rules such as TY&E Safety, GCOR, ABTH, Hazardous Materials, Timetable, System Special Instructions, General Orders and General Notices were complied with and led safety meetings to address safety issues and prevent injuries.
- Investigated derailments and injuries to determine contributing factors and root causes.

## EDUCATION

**Bachelor of Science degree,** *Business Administration*, concentration in Management
Southwest Baptist University, Bolivar, Missouri
May 2006, 3.87 GPA on a 4.0 scale

## TRAINING

- Railroad Operations Front Line Supervisor Training and Certifications
- Conductor, Switchman, and Dispatcher Training and Certifications
- General Code of Operating Rules Training and Certification
- Air Brake and Train Handling Training and Certifications
- Hazardous Material Responder Training and Certification
- Road and Yard Railroad Operations Testing Certifications
- Operation Lifesaver Grade Crossing, SafeAlign, and Enhanced Safety Training
- Positive Train Control, Trip Optimizer, Distributive Power, and Remote-Control Qualifications
- Wabtec, Quantum, Progress Rail, and Canac Locomotive Event Recorder Analysis Training
- Drugs and Alcohol Signs and Symptoms, CPR, and AED Certifications
- Formal Investigation Conducting Officer and Witness Training
- Derailment, Human Factor Incident, and Injury Root Cause Analysis Investigation Training
- Road and Yard Railroad Operations Best Way and Service Interruption Training