IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>   Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>   Defendants. | No. 3:23-cv-00031-RGE-HCA<br><br><br><br>**CRAMER'S DECLERATION IN SUPPORT OF PLAINTIFF'S RESISTANT TO CP'S MOTION FOR SUMMARY JUDGEMENT** |

I, Cyle A. Cramer, declare as follows:

1. I am counsel for Plaintiff, John Sexton in this matter. Accordingly, I have personal knowledge of the status of discovery and the pending motion before the Court.

2. I make this Declaration in support of Plaintiff's Resistance to CP's Motion for Summary Judgement.

3. Exhibit A, filed contemporaneously as a sealed exhibit, is a true and correct copy of a Disciplinary Notice sent to T.P.

4. Exhibit B, filed contemporaneously as a sealed exhibit, is a true and correct copy of Public Law Board No. 7666 Award for Case No. 92.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: August 26, 2024           Respectfully submitted,

                     */s/ Cyle A. Cramer*
                     Cyle A. Cramer
                     William G. Jungbauer
                     John D. Magnuson
                     Yaeger & Jungbauer Barristers, PLC
                     4601 Weston Woods Way
                     Saint Paul, MN 55127

        T: 651-288-9532
        E: ccramer@yjblaw.com
        E: wjungbauer@yjblaw.com
        E: jmagnuson@yjblaw.com

*Attorneys for Plaintiff John Sexton*