IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>Defendants. | No. 3:23-cv-00031-RGE-HCA<br><br><br><br>**SEXTON'S DECLERATION IN SUPPORT OF PLAINTIFF'S RESISTANCE TO CP'S MOTION FOR SUMMARY JUDGEMENT** |

I, John T. Sexton, declare as follows:

1. CP never offered me a waiver regarding its February 10, 2021, disciplinary investigation and February 26, 2021, discipline taken against me.

2. Before shoving cars, a crew may ask somebody on the far end of the shoving movement to attach to the crew to communicate with the engineer to protect the shove.

3. Before Sexton's February 1, 2021, shoving movement he radioed Anthony Cruciani to assure that the track was clear before his shoving movement began.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on: August 24, 2024

_____
John T. Sexton