# United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge

| Case No. 3:23-cv-00031-HCA | : | Clerk's Court Minutes – Motion Hearing |
|---|---|---|

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| John Sexton | : | Dakota Minnesota & Eastern Railroad Corp. |

Plaintiff(s) Counsel: Cyle Cramer (Speaker), John Magnuson

Defendant(s) Counsel: Joshua Hughes, John (Jack) Sullivan (Speaker)

| Court Reporter: Tonya Gerke | : | Interpreter: N/A |
|---|---|---|

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Defendant's Motion for Summary Judgment (ECF #50) | : Ruling Reserved |
| Plaintiff's Motion for Partial Summary Judgment (ECF #53) | : Ruling Reserved |

Proceedings:

Counsel appear in person for a motion hearing. Plaintiff makes argument in support of Plaintiff's Motion for Partial Summary Judgment (ECF #53). Court holds colloquy with Plaintiff counsel. Plaintiff provides response to Defendant's Motion for Summary Judgment (ECF #50). Defendant responds to Plaintiff's Motion for Partial Summary Judgment (ECF #53). Defendant makes argument in support of Defendant's Motion for Summary Judgment (ECF #50). Court holds colloquy with defense counsel. Defendant makes record. Plaintiff makes record. Court reserves ruling at this time. Orders to follow.

Time Start: 3:39 PM  
Time End: 4:49 PM  
Date: November 13, 2024

/s/ A. Burns  
_____  
Deputy Clerk