**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN IOWA
EASTERN DIVISION**

| | |
|---|---|
| John Sexton,<br><br>          Plaintiff,<br><br>v.<br><br>SOO LINE RAILROAD COMPANY, and DAKOTA MINNESOTA & EASTERN RAILROAD CORP.,<br><br>          Defendant. | Case No: 3:23-cv-00031-HCA<br><br><br>**NOTICE OF UNAVAILABILITY** |

PLEASE TAKE NOTICE that Cyle A. Cramer, counsel for Plaintiff, will be unavailable from March 17, 2025, through March 20, 2025, and from April 28, 2025, through May 2, 2025. Mr. Cramer will be unavailable for any purpose whatsoever, including but not limited to appearing in court, attending oral argument or deposition, or any other requests or activities related to this litigation.

Date: February 18, 2025

**NICHOLS KASTER, PLLP**

s/Cyle A. Cramer
Cyle A. Cramer* (MN #0402644)
          ccramer@nka.com
80 South Eighth Street
4700 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

*Admitted in D.N.M.

**YAEGER & JUNGBAUER BARRISTERS, PLC**

William G. Jungbauer, Admitted.
John D. Magnuson, Admitted.
4601 Weston Woods Way
Saint Paul, MN 55127
Telephone: (651) 288-9500
Facsimile: (651) 288-0227
wjungbauer@yjblaw.com
jmagnuson@yjblaw.com

**SHUTTLEWORTH & INGERSOLL, P.L.C.**

MEGAN R. MERRITT AT0010635
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406-2107
PHONE: (319) 365-9461
FAX: (319) 365-8443
E-MAIL: mrm@shuttleworthlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, and such filing was sent electronically using the CM/ECF system to all parties for whom counsel has entered an appearance.

Dated: February 18, 2025                                  s/Cyle A. Cramer
                                                               Cyle A. Cramer