IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>                Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>                Defendants. | No. 3:23-cv-00031-HCA<br><br><br>**PLAINTIFF'S NOTICE OF ADDRESS CHANGE** |

TO: THE ABOVE-NAMED COURT; ABOVE-NAMED DEFENDANTS; AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective this day May 30, 2025, the offices of Yaeger & Jungbauer Barristers, PLC will have moved. All correspondence on or after that day should be directed to Yaeger & Jungbauer Barristers, PLC, 4661 Highway 61 N., Suite 204, Saint Paul, Minnesota 55110. All other contact information for both the firm and its attorneys—including telephone, facsimile, and electronic mail—is not affected by this change.

Respectfully Submitted,

Dated: May 30, 2025

YAEGER & JUNGBAUER BARRISTERS, PLC

_____
John D. Magnuson, admitted pro hac vice
4661 Hwy 61 N., Ste. 204
St. Paul, Minnesota 55110
T: (651) 288-9500
F: (651) 288-0227
E: wjungbauer@yjblaw.com
E: jmagnuson@yjblaw.com