IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| John Sexton, | Case No. 23-cv-00031 |
| Plaintiff, | |
| v. | Magistrate Judge Helen C. Adams |
| Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation, | **DEFENDANT'S CONSOLIDATED MOTIONS IN LIMINE** |
| | (RESISTED) |
| Defendant. | |

COMES NOW Defendant Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific ("DM&E"), by and through counsel, and pursuant to this Court's Order Regarding Final Pretrial Conference Requirements (Dkt. 19), hereby moves this Court for Orders in Limine on each of the Motions described below and for the reasons stated in each of the respective briefs in support of DM&E's Motions in Limine:

1. The Court should Grant DM&E's First Motion in Limine to bifurcate trial pursuant to Fed. R. Civ. P. 42(b) for a separate, second phase of trial to address punitive damages, as doing avoids unnecessary and unfair prejudice to DM&E, provides for convenience, and expedites and economizes these proceedings.

2. The Court should Grant DM&E's Second Motion in Limine to exclude testimony or evidence relating to the decision of the Public Law Board ("PLB") because the PLB Decision is not relevant, hearsay, and cannot be admitted by consent and federal law.

3. The Court should Grant DM&E's Third Motion in Limine to exclude and/or limit the testimony of Plaintiff John Sexton's ("Sexton") expert witness Brandon Ogden, because Ogden's opinions are not relevant, not based on personal knowledge, and contradict this Court's

Order on Summary Judgment (Dkt. 68).

4. The Court should Grant DM&E's Fourth Motion in Limine to exclude evidence or testimony regarding purported "adverse actions" alleged by Sexton that this Court already rejected at the summary judgment stage and any alleged protected activity other than what was addressed at summary judgment. (Dkt. 68).

5. The Court should Grant DM&E's Fifth Motion in Limine to exclude testimony or evidence regarding the irrelevant past conduct of certain DM&E managers because such evidence is not relevant, unfairly prejudicial to DM&E, and serves no purpose other than to harass the respective witnesses.

6. Finally, the Court should Grant DM&E's Sixth Motion in Limine to exclude evidence or testimony regarding the financial condition of DM&E and/or any parent or affiliate entity because such evidence is not relevant and substantially more prejudicial than probative to DM&E.

7. In support of its Motions in Limine Nos. 1–6, DM&E respectfully submits the attached Briefs in Support of Motions in Limine, Declaration of Counsel, and Appendix.

For the above reasons and for the reasons explained in DM&E's respective Briefs in Support of its Motions in Limine, filed concurrently herewith, Defendant respectfully requests the Court GRANT its respective Motions in Limine in their entirety, and for any further such relief as deemed necessary by the Court.

Dated: January 22, 2026               DORSEY & WHITNEY LLP

/s/ Joshua D. Hughes
Joshua Hughes (AT0014950)
hughes.joshua@dorsey.com
Dorsey & Whitney LLP
801 Grand Ave, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 598-7704

/s/ John T. Sullivan
John T. Sullivan (pro hac vice)
sullivan.jack@dorsey.com
Briana Al Taqatqa (pro hac vice)
altaqatqa.briana@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-2868

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2026, I caused the foregoing to be electronically served on Plaintiff via ECF, which provides notice and a copy to Plaintiff's counsel and all other counsel of record:

Megan R. Merritt
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
mrm@shuttleworthlaw.com

John D. Magnuson
YAEGER & JUNGBAUER BARRISTERS, P.L.C.
4601 Weston Woods Way
St. Paul, MN 55127
Phone: (507) 330-4777
Fax: (651) 288-0227
jmagnuson@yjblaw.com

Cyle A. Cramer
NICHOLS KASTER, PLLP
80 South Eighth Street
4700 IDS Center
Minneapolis, MN 55402
Phone: (512) 256-3200
Fax: (612) 338-4878
ccramer@nka.com

                                      /s/ Joshua D. Hughes
                                      Counsel for Defendant