UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>        Plaintiff,<br><br>v.<br><br>Dakota, Minnesota, & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>        Defendant. | Case No. 23-cv-00031<br><br>**PARTIES' JOINT MOTION FOR VIDEOCONFERENCE - FINAL PRETRIAL CONFERENCE** |

COME NOW Plaintiff John Sexton ("Sexton") and Defendant Dakota, Minnesota, & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation ("DM&E") (collectively, the "Parties") to request videoconference or other remote participation option for the Final Pretrial Conference in the above-captioned matter, and in support state as follows:

1. Trial in this matter is scheduled to begin on March 9, 2026 at the Davenport Federal Courthouse in Davenport, Iowa. (Dkt. 74).

2. The Final Pretrial Conference is scheduled for February 12, 2026 at 11:00 a.m. in-person at the Davenport Federal Courthouse, in Davenport, Iowa. (Dkt. 74).

3. Under a prior scheduling order, the then-scheduled Final Pretrial Conference included a videoconference option for remote attendance. (*See* Dkt. 72).

4. In-person attendance at the Final Pretrial Conference would require out-of-state travel for several attorneys of record in this matter.

5. The Parties are complying with pre-trial and related deadlines in advance of the Final Pretrial Conference and have conferred in good faith on a number of pre-trial matters in advance of the Final Pretrial Conference.

6. In sum, the Parties are working collaboratively to prepare this case for trial in accordance with the deadlines and requirements of this Court's scheduling orders, the local rules, and the Federal Rules of Civil Procedure.

7. Accordingly, the Parties respectfully request this Court permit counsel of record to participate remotely in the Final Pretrial Conference by videoconference or other telephonic means in the Court's discretion.

| | |
|---|---|
| Date: January 29, 2026 | Respectfully submitted, |
| NICHOLS KASTER, PLLP | DORSEY & WHITNEY LLP |
| /s/ Cyle A. Cramer<br>Cyle A. Cramer<br>80 South Eighth Street<br>4700 IDS Center<br>Minneapolis, MN 55402<br>Phone: (512) 256-3200<br>Fax: (612) 338-4878<br>ccramer@nka.com | /s/ Joshua D. Hughes<br>Joshua Hughes (AT0014950)<br>hughes.joshua@dorsey.com<br>Dorsey & Whitney LLP<br>801 Grand Ave, Suite 4100<br>Des Moines, IA 50309<br>Tel: (515) 283-1000<br>Fax: (515) 598-7704 |
| John D. Magnuson<br>YAEGER & JUNGBAUER<br>BARRISTERS, P.L.C.<br>4601 Weston Woods Way<br>St. Paul MN, 55127<br>Phone: (507) 330-4777<br>Fax: (651) 288-0227<br>jmagnuson@yjblaw.com | John T. Sullivan (pro hac vice)<br>sullivan.jack@dorsey.com<br>Briana Al Taqatqa (pro hac vice)<br>altaqatqa.briana@dorsey.com<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Tel: (612) 340-2600<br>Fax: (612) 340-2868 |
| Megan R. Merritt<br>SHUTTLEWORTH & INGERSOLL<br>115 3rd Street SE, Suite 500<br>P.O. Box 2107<br>Cedar Rapids, IA 52406<br>Phone: (319) 365-9461<br>Fax: (319) 365-8443<br>mrm@shuttleworthlaw.com | ATTORNEYS FOR DEFENDANTS |
| ATTORNEYS FOR PLAINTIFF | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2026, I caused the foregoing to be electronically served on all registered parties and/or their attorneys of record at their respective addresses via CM/ECF.

      */s/ Joshua D. Hughes*