# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| John Sexton,<br><br>Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>Defendant. | Case No. 3:23-cv-00031-HCA<br><br>**DEFENDANT'S DEPOSITION DESIGNATIONS** |

Defendant Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific ("DM&E") respectfully submits the following deposition designations in advance of the trial scheduled to begin on March 9, 2026. Copies of the deposition transcript(s) corresponding to the below designations are attached as enclosures and the designated text is highlighted. DM&E's affirmative and counter-designated portions of the deposition transcripts are included and highlighted within the true and correct copies attached to Defendant's Responses and Objections to Plaintiff's Deposition Designations.

| Deponent | Defendant's Page and Line Designations | Plaintiff's Objections to Designations | Plaintiff's Counter-Designations | Defendant's Objections to Counter-Designations |
|---|---|---|---|---|
| Kurtis McKelvey (November 9, 2023) | 4:9-5:2 | | | |
| | 11:1-12:15 | | | |
| | 13:5-20 | | | |
| | 19:16-20:5 | | | |
| | 40:25-42:7 | | | |
| | 51:25-52:18 | | | |
| | 54:11-56:2 | | | |
| | 56:5-18 | | | |
| | 57:6-59:14 | | | |
| | 61:2-10 | | | |

| Deponent | Defendant's Page and Line Designations | Plaintiff's Objections to Designations | Plaintiff's Counter-Designations | Defendant's Objections to Counter-Designations |
|---|---|---|---|---|
| | 70:7-23 | | | |
| | 71:13-74:3 | | | |
| | 75:1-7 | | | |
| | 76:1-81:4 | | | |
| | 83:4-20 | | | |
| Kurtis McKelvey (November 9, 2023) (continued) | 84:1-85:1 | | | |
| | 85:8-20 | | | |
| | 86:5-87:7 | | | |
| | 87:17-88:17 | | | |
| | 108:13-109:19 | | | |
| | 110:23-111:16 | | | |
| | 114:1-116:24 | | | |
| Kurtis McKelvey (May 10, 2024) | 5:12-24 | | | |
| | 8:12-24 | | | |
| | 17:24-18:22 | | | |
| Tracy Miller | 5:3-5 | | | |
| | 5:18-6:16 | | | |
| | 6:20-23 | | | |

Respectfully submitted:

Dated: February 20, 2026

DORSEY & WHITNEY LLP

/s/ Joshua D. Hughes
Joshua Hughes (AT0014950)
hughes.joshua@dorsey.com
Dorsey & Whitney LLP
801 Grand Ave, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 598-7704

/s/ John T. Sullivan
John T. Sullivan (pro hac vice)
sullivan.jack@dorsey.com
Briana Al Taqatqa (pro hac vice)
altaqatqa.briana@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-2868

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I caused the foregoing to be electronically served via email to all counsel of record:

Megan R. Merritt
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
mrm@shuttleworthlaw.com

John D. Magnuson
YAEGER & JUNGBAUER BARRISTERS, P.L.C.
4601 Weston Woods Way
St. Paul, MN 55127
Phone: (507) 330-4777
Fax: (651) 288-0227
jmagnuson@yjblaw.com

Cyle A. Cramer
NICHOLS KASTER, PLLP
80 South Eighth Street
4700 IDS Center
Minneapolis, MN 55402
Phone: (512) 256-3200
Fax: (612) 338-4878
ccramer@nka.com

                                        /s/ Joshua D. Hughes
                                        Counsel for Defendant