|  |  |
|---|---|
| From: | Cramer, Cyle |
| To: | Natalie Massey; altaqatqa.briana@dorsey.com; jmagnuson@yjblaw.com; mrm@shuttleworthlaw.com; sullivan.jack@dorsey.com; hughes.josh@dorsey.com |
| Cc: | kyang@yjblaw.com; lhosch@yjblaw.com; Reckin.Ann@dorsey.com |
| Subject: | Re: 3:23-cv-31 Deposition Transcripts |
| Date: | Friday, February 20, 2026 4:39:26 PM |
| Attachments: | image001.png |

**CAUTION - EXTERNAL:**

Natalie, there are no objections or counter designations from Plaintiff. Plaintiff's intention was for Defendant's filing to constitute a single joint filing.

-Cyle

Get Outlook for iOS

---

**From:** Natalie Massey <Natalie_Massey@iasd.uscourts.gov>
**Sent:** Friday, February 20, 2026 4:36:45 PM
**To:** altaqatqa.briana@dorsey.com <altaqatqa.briana@dorsey.com>; Cramer, Cyle <ccramer@nka.com>; jmagnuson@yjblaw.com <jmagnuson@yjblaw.com>; mrm@shuttleworthlaw.com <mrm@shuttleworthlaw.com>; sullivan.jack@dorsey.com <sullivan.jack@dorsey.com>; hughes.josh@dorsey.com <hughes.josh@dorsey.com>
**Cc:** kyang@yjblaw.com <kyang@yjblaw.com>; lhosch@yjblaw.com <lhosch@yjblaw.com>; Reckin.Ann@dorsey.com <Reckin.Ann@dorsey.com>
**Subject:** RE: 3:23-cv-31 Deposition Transcripts

Plaintiff's Counsel – When can Judge Adams expect to receive any objections to defendant's designations and/or counter-designations?

Natalie

---

**From:** altaqatqa.briana@dorsey.com <altaqatqa.briana@dorsey.com>
**Sent:** Friday, February 20, 2026 4:28 PM
**To:** Natalie Massey <Natalie_Massey@iasd.uscourts.gov>; ccramer@nka.com; jmagnuson@yjblaw.com; mrm@shuttleworthlaw.com; sullivan.jack@dorsey.com; hughes.josh@dorsey.com
**Cc:** kyang@yjblaw.com; lhosch@yjblaw.com; Reckin.Ann@dorsey.com
**Subject:** RE: 3:23-cv-31 Deposition Transcripts

**CAUTION - EXTERNAL:**

Thanks for your patience and follow-up. Have a great weekend.

Regards,

**Briana Al Taqatqa**
**Partner**
Pronouns: She/Her/Hers



DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street | Minneapolis, MN 55402-1498
**P:** (612) 492-6617
**C:** (651) 666-8758

WWW.DORSEY.COM  ::  MINNEAPOLIS  ::  BIO  ::  V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

**Please help reduce paper and ink usage. Print only if necessary.**

---

**From:** Natalie Massey <Natalie_Massey@iasd.uscourts.gov>
**Sent:** Friday, February 20, 2026 4:27 PM
**To:** Al Taqatqa, Briana <altaqatqa.briana@dorsey.com>; ccramer@nka.com; jmagnuson@yjblaw.com; mrm@shuttleworthlaw.com; Sullivan, Jack <sullivan.jack@dorsey.com>; Hughes, Josh <hughes.josh@dorsey.com>
**Cc:** kyang@yjblaw.com; lhosch@yjblaw.com; Reckin, Ann <Reckin.Ann@dorsey.com>
**Subject:** RE: 3:23-cv-31 Deposition Transcripts

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Thank you, Ms. Al Taqatqa. I see both filings and will send on to Judge Adams. I'll follow up if she has any further requests.

Have a good weekend!
Natalie

---

**From:** altaqatqa.briana@dorsey.com <altaqatqa.briana@dorsey.com>
**Sent:** Friday, February 20, 2026 4:09 PM
**To:** Natalie Massey <Natalie_Massey@iasd.uscourts.gov>; ccramer@nka.com; jmagnuson@yjblaw.com; mrm@shuttleworthlaw.com; sullivan.jack@dorsey.com; hughes.josh@dorsey.com
**Cc:** kyang@yjblaw.com; lhosch@yjblaw.com; Reckin.Ann@dorsey.com
**Subject:** RE: 3:23-cv-31 Deposition Transcripts

**CAUTION - EXTERNAL:**

Ms. Massey,

Defendant is filing, as we speak, (1) Defendant's affirmative deposition designations and (1) Plaintiff's designations and Defendant's responses. We are also filing highlighted copies of the complete transcripts for the Court's review. For the Court's convenience, these highlighted copies include both Plaintiff's and Defendant's designations, and Defendant's objections to Plaintiff's designations. You should have them momentarily.

Thank you,

**Briana Al Taqatqa**
**Partner**
Pronouns: She/Her/Hers



DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street | Minneapolis, MN 55402-1498
**P:** (612) 492-6617
**C:** (651) 666-8758

WWW.DORSEY.COM  ::  MINNEAPOLIS  ::  BIO  ::  V-CARD

**CONFIDENTIAL COMMUNICATION**

*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*

Please help reduce paper and ink usage. Print only if necessary.

---

**From:** Natalie Massey <Natalie_Massey@iasd.uscourts.gov>
**Sent:** Friday, February 20, 2026 4:04 PM
**To:** ccramer@nka.com; John Magnuson <jmagnuson@yjblaw.com>; mrm@shuttleworthlaw.com; Al Taqatqa, Briana <altaqatqa.briana@dorsey.com>; Sullivan, Jack <sullivan.jack@dorsey.com>; Hughes, Josh <hughes.josh@dorsey.com>
**Cc:** kyang@yjblaw.com; lhosch@yjblaw.com; Reckin, Ann <Reckin.Ann@dorsey.com>
**Subject:** 3:23-cv-31 Deposition Transcripts
**Importance:** High

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Counsel,

Two questions regarding the deposition transcripts in Sexton v. DM&E due today.

1. Plaintiff's Counsel—Judge Adams received the brief that was filed. Could you please email me copies of the entire transcripts of Mr. Miller's deposition and both of Mr. McKelvey's depositions?
2. Defense Counsel—Do you intend on reading anything in from these depositions, or other depositions, at trial? If so, will you be filing something indicating what specific portions of the transcripts you intend to read in? Also, please email the entire transcripts of the depositions you intend to use as well.

Judge Adams is intending to review these transcripts over the weekend so the earlier you send me this information that faster it can get to her.

Thanks,

Natalie Massey
Law Clerk
U.S. Magistrate Judge Helen C. Adams
111 Locust St., Room 546
Des Moines, IA  50309
(515) 284-6264

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.