## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

No. 3:23-CV-00031-HCA

John Sexton,
        Plaintiff,
  vs.

Dakota, Minnesota & Eastern Railroad
Corporation d/b/a Canadian Pacific,
a Delaware corporation
        Defendants.

DEPOSITION OF
KURT McKELVEY
May 10, 2024
11:00 a.m.

TAKEN BY: BRENDA K. FOSS
fossbrenda@yahoo.com
612-701-4282

## Page 2

Deposition of KURT McKELVEY, taken via Zoom videoconference, by and on behalf of Plaintiff, on Friday, May 10, 2024, commencing at 11:00 a.m., before Brenda K. Foss, Professional Court Reporter, Notary Public, State of Minnesota, County of Hennepin.

* * * * *

APPEARANCES

ON BEHALF OF THE PLAINTIFF:
    CYLE CRAMER, ESQUIRE
    JOHN MAGNUSON, ESQUIRE
    LAUREN HOSCH, PARALEGAL
    YAEGER & JUNGBAUER BARRISTERS, PLC
    4601 Weston Woods Way
    St. Paul, MN 55127
    ccramer@yjblaw.com
    651-288-9500

ON BEHALF OF THE DEFENDANTS:
    BRIANA AL TAQATQA, ESQUIRE
    DORSEY & WHITNEY LLP
    50 South 6th Street, Suite 1500
    Minneapolis, MN 55402
    altaqatqa.briana@dorsey.com
    612-340-2600

ALSO PRESENT:
    Michelle Haynes, CPKC Paralegal
    Noah Garcia, DM&E Counsel

* * * * *

## Page 3

I N D E X

Examination:                   PAGE:
By Mr. Cramer                  5

Objections:
By Ms. Al Taqatqa       7, 10, 13, 17,
                        19, 31, 33

Marked Deposition Exhibits:
32 Feb 1, '21 messages     13
33 Feb 1, '21 messages with   25
   Antczak
34 Jan 31 and Feb 1, '21     27
   messages

Reporter's Certificate    35

(Original Deposition Transcript in the possession of Cyle Cramer, Esquire).

* * * * *

## Page 4

P R O C E E D I N G S

KURT McKELVEY,
after having been first duly sworn,
deposes and says under oath as follows:

MS. AL TAQATQA: Do you mind if I say something quickly on the record?

MR. CRAMER: Go ahead.

MS. AL TAQATQA: I just wanted to state for the record that DM&E agreed to produce Mr. McKelvey for a second deposition pursuant to a stipulation that's been entered into between the parties. And the stipulation provides that the deposition will not last longer than one hour and that plaintiff's counsel may only question Mr. McKelvey about any document that was produced after his first deposition that is within the range of CP 3686 through CP 6290 and on its face includes or refers to Mr. McKelvey or his work phone number 612-393-2358.

MR. CRAMER: Yes, that is the case. I'm going to do a couple preliminary questions and maybe just establish some of

Page 5

1  the timeframe again, which I guess typically
2  would be outside of that. Is that okay just
3  making sure we're working on the same day and
4  that sort of thing?
5           MS. AL TAQATQA: I will let you
6  know if I have any concerns with your
7  questions.
8           MR. CRAMER: Sounds good.
9
10              EXAMINATION
11 BY MR. CRAMER:
12 Q  Good morning, Mr. McKelvey. My name is Cyle
13    Cramer. Can you state for the record your
14    first and last name and then spell your last
15    name?
16 A  My name is Kurtis McKelvey, M-C-K-E-L-V-E-Y.
17 Q  Our office conducted your deposition in the
18    past so you are aware we're talking mostly
19    about the incident on February 1st, 2021
20    involving Mr. Sexton and his train?
21 A  Okay.
22 Q  The audio cut out. I know you nodded, but
23    did you also say yes?
24 A  Yeah.
25 Q  Just a couple preliminary things, just please

Page 6

1  answer every question verbally. Don't just
2  shake or nod your head. And say yes or no
3  versus nope or uh-huh, for example. Do you
4  understand that?
5  A  Yes.
6  Q  Are you prepared to answer questions and
7     nothing will prevent you from giving your
8     full attention today?
9  A  Yes.
10 Q  I'm still not hearing you say yes. Could you
11    maybe just say your name again longer or
12    something longer to make sure I'm picking up
13    the audio?
14 A  Kurtis McKelvey.
15 Q  Thank you. I can hear that. If you don't
16    understand a question and if you don't ask, I
17    will expect that you understand the question.
18    Do you understand that?
19 A  Yes.
20 Q  Did you prepare for the deposition today?
21 A  I had a brief meeting with my lawyer
22    yesterday or with Briana and I think Noah.
23 Q  How long was that meeting?
24 A  Approximately an hour.
25 Q  Did you review any documents for that meeting?

Page 7

1  A  I did not.
2  Q  Sorry. What was that?
3  A  No, I did not.
4  Q  Have you read your deposition taken with our
5     office that occurred on November 7, 2023?
6  A  No, I have not.
7  Q  Did you read Mr. Sexton's deposition that was
8     taken on October 31st, 2023?
9  A  No, I have not.
10 Q  Have you spoken with anyone else about this
11    matter in the last couple of weeks other than
12    your attorneys?
13 A  No.
14 Q  I think I'm going to just start with going
15    through some of the phone records that have
16    been produced since. On February 1st, do you
17    recall having a phone conversation with a
18    Dylan Smith?
19 A  I do not.
20 Q  Do you recall being part of any conference
21    call on February 1st?
22 A  I do not.
23 Q  Is there a conference call line that you are
24    aware of?
25           MS. AL TAQATQA: Objection, form.

Page 8

1     You can answer, Kurt.
2  A  Can you be more specific? There's several
3     conference call lines that Canadian Pacific
4     uses for all types of different things.
5  Q  Do you recall on February 1st calling into a
6     conference line at all?
7  A  I do not.
8  Q  But you have been on conference calls in your
9     position?
10 A  Yes, I have been on conference calls in my
11    position.
12 Q  Do you recall having any telephone conversations
13    with Mr. Tom Jared on February 1st, 2021?
14 A  I don't remember the exact date or time. But
15    as I talked about in my previous deposition,
16    I do recall having a conversation with
17    Mr. Jared about the incident at some point
18    after the incident.
19 Q  Do you recall what you discussed in that
20    conversation?
21 A  I believe we discussed why it took him so
22    long -- why it took him three times longer to
23    do the work event than what it was supposed
24    to take.
25           MR. CRAMER: I have some

### Page 9

1  additional Teams messages here. I am just
2  going to look at them quick so I know what
3  order I want to pull them up. Lauren, can
4  you pull up this one? It sounds like it's
5  just loading on our end. One second.
6  Q  (By Mr. Cramer, continuing) Do you recall
7     looking at some documents that look similar
8     to this in the last deposition?
9  A  No, I do not. Can you scroll down and show
10    me the whole document?
11 Q  Let us know when you want to go to the next
12    page.
13 A  (Witness examining document). Next page.
14    Next page. Next page. Next page. Next
15    page. Next page. Next page. And next page.
16 Q  That's the last one.
17 A  Okay.
18 Q  We'll go back to the top. Do you recall
19    sending any of these messages?
20 A  I do not.
21 Q  Do you doubt that you sent them for any
22    reason?
23 A  No, I do not.
24 Q  Who is Gary Prince?
25 A  I believe at the time Gary Prince -- I'm not

### Page 10

1  sure if he was the east director or the
2  senior director but he's one of the directors
3  for the dispatching center.
4  Q  Do you understand these to be typed messages
5     that you sent?
6  A  That's what you're showing me, so I'll take
7     you at your word.
8  Q  I understand -- and I don't want to put words
9     in your mouth so correct me if I'm wrong --
10    that you don't recall sending these specific
11    messages. Correct?
12 A  That is correct.
13 Q  Are you familiar with sending typed messages
14    of this nature, not necessarily the content
15    but sending typed messages to other people in
16    the company?
17          MS. AL TAQATQA: Objection, form.
18    You can answer, Kurt, if you understand.
19 A  Yes. I deal with written correspondence in
20    aspects of my job, yes.
21 Q  (By Mr. Cramer, continuing) What computer
22    program or cell phone app do you use that on?
23 A  We use e-mail, text message, Teams. I'm
24    not -- I'm not sure when we switched from
25    Teams to whatever we used previously. I'm

### Page 11

1  not even sure what that was, but, yeah, Teams
2  or Zoom maybe. To be honest, I don't remember.
3  Q  Did you communicate with Gary Prince
4     frequently?
5  A  No.
6  Q  Why were you communicating with him on this
7     day?
8  A  I don't really remember exactly. It was so
9     long ago. I don't remember. I mean, I would
10    be speculating if I told you why.
11 Q  Do you remember what train number Mr. Sexton
12    was on February 1st, 2021?
13 A  I guess I don't remember the exact dates and
14    times. But the incident that's in question
15    here involving Mr. Sexton, the train was a
16    474. I'm not sure what the date was of it.
17 Q  Looking at this first message, you're unsure
18    if that's referring to Mr. Sexton's train?
19 A  Yeah, it just says the write up of 474. It's
20    not very specific.
21 Q  What do you understand this message to be
22    asking?
23 A  'Can you send a write up of the 474 at Marquette
24    to the DL Senior and East Director please'.
25    So that would be asking for a write-up of the

### Page 12

1  474 when it was at Marquette, send to the
2  e-mail for the Senior Director and the East
3  Director.
4  Q  You would have been the trainmaster on duty
5     on this day?
6  A  Most likely, yes.
7  Q  So this is asking you to write a write-up?
8  A  Yes.
9  Q  What do you understand a write-up to be?
10 A  A drill-down of the work event from the time
11    that the crew went on duty until they departed
12    the terminal.
13 Q  What is the purpose of a drill-down?
14 A  The purpose of a drill-down is to identify
15    areas where we can improve and learn from
16    those, you know, mistakes or events or what-
17    ever that may be going forward.
18 Q  What actions do you take to improve on a so-
19    called mistake?
20 A  It depends what the mistake would be.
21 Q  Who is the DL Senior being referred to in
22    this message?
23 A  I don't know who the DL Senior is. I don't
24    remember who the senior director was at that
25    time, but a DL senior is usually a generic

**13**

1  e-mail that goes to all of the senior
2  directors.  Like the east directors have
3  their own.  So it's just an e-mail that goes
4  out to, you know, several different people at
5  once.
6        MR. CRAMER:  Before I forget, I
7  would like to enter this group of messages as
8  an exhibit.  I believe we left off on 31.  So
9  this would be 32.
10       (Deposition Exhibit 32 marked for
11 identification).
12 Q  Do you try to avoid having to send a write-up
13    to the DL senior?
14       MS. AL TAQATQA:  Objection, form.
15 You can answer.
16 A  No.
17 Q  (By Mr. Cramer, continuing) Was that a no?
18 A  Correct, no.
19 Q  You understand when you send something to the
20    DL senior it would be going to managers above
21    you in position?
22 A  Yes.
23 Q  Who is the east director?
24 A  There are a lot of them.
25 Q  In your perspective, is it a positive or a

**14**

1  negative thing when you have to send a write-
2  up to your superiors?
3  A  Like I said, it depends on the situation.  It
4     could be positive.  It could be negative.
5  Q  What if you had to write about a mistake?
6  A  I wouldn't consider it really a negative
7     thing.  I mean, it happens frequently.
8     It's -- I mean, it's standard practice for
9     trains that go over-standard or, you know,
10    something that we do drill-downs into stuff
11    probably almost on a daily basis.
12 Q  You do drill-downs to improve on the
13    situation that happened?
14 A  Like I said previously, we try to drill down
15    to find out areas that we can improve on in
16    our procedures, processes, et cetera to, you
17    know, do better going forward.
18 Q  Let's go to the next page.  Actually, let's
19    go up back to the other page, the first one.
20    I just want to look at the time here.  What
21    do you see the date and the time of this
22    message as?
23 A  Monday, February 1st, 2021, 03:38 and 36
24    seconds.
25 Q  Then go on to the next page.  So how much

**15**

1  later do you understand this message to be
2  sent?
3  A  This one is 3:45.  What's that, 7 minutes?
4  Q  Is this you responding to Mr. Prince?
5  A  I believe so.  It says -- the e-mail says
6     it's from me to him so I would have to --
7  Q  Sorry.  Go ahead.
8  A  No.  Go ahead.
9  Q  Okay.  Do you remember what you're referring
10    to in this message?
11 A  I do not remember anything about any of these
12    conversations.
13 Q  Go to the next page.  What radio recordings
14    were you requesting here?
15 A  I don't specifically remember.  I don't
16    remember sending this message so I would
17    be -- I can speculate what I meant, but I
18    don't even remember sending the message.
19 Q  Do you request radio recordings often?
20 A  I wouldn't say often.  Only when needed.
21 Q  It says 'they', 'from the time they went on
22    duty'.  Do you recall who 'they' are?
23 A  I don't even recall sending this message.
24 Q  How many trains would you have been the
25    trainmaster for on February 1st, 2021?

**16**

1  A  I don't recall.  All of them that came
2     through the terminal.
3  Q  And how many came through your terminal
4     around that time on average?
5  A  It varies.
6  Q  Did you say a number or what you did you say?
7  A  It varies.
8  Q  Can you give a range?
9  A  Probably no less than four or five, maybe as
10    many as ten in a shift.  It depends on a lot
11    of factors.
12 Q  How long is a shift?
13 A  Typically a shift is -- I didn't have a shift
14    when I was at Marquette so there was no
15    actual shift.  I was just there when I needed
16    to be to make sure the trains were moving.
17 Q  You can go to the next page.  I don't have
18    any questions on this page.  Let's go to the
19    next one.  How did you hold this crew
20    accountable for delaying the train?
21 A  I don't believe I did hold anybody accountable.
22 Q  Did you want to hold somebody accountable?
23 A  Hold them accountable for what?
24 Q  This message says, 'I'm not sure how to hold
25    him accountable for delaying the train.'  So

**17**

1     did you want to hold somebody accountable for
2     delaying the train?
3 A Like I said, I don't even recall sending this
4     message. It doesn't even say who I'm talking
5     about in that message.
6 Q Is that something you would usually do is try
7     to hold somebody accountable for delaying a
8     train?
9 A My job as a trainmaster is to promote safety,
10     promote the safe movements of trains, and
11     hold people accountable for their actions
12     whether it be positive or negative. The
13     majority of my job involves me giving
14     positive feedback, holding people accountable,
15     letting them know that they did a good job,
16     reinforcing the things that they did well, to
17     try and promote that behavior going forward
18     in the future.
19 Q What do you do when a safety related thing
20     causes a delay of a train?
21           MS. AL TAQATQA: Objection, form.
22     You can answer if you understand the question.
23 A I don't understand that question.
24 Q (By Mr. Cramer, continuing) Is there ever a
25     time where you have to take the safe course

**18**

1     of action that can cause a delay?
2 A It's the first rule that we follow by the
3     railroad, is always take the safe course. By
4     taking the safe course and doing things the
5     safe way, we wouldn't consider that a delay
6     to a train. It's quite the opposite. By
7     doing something unsafe or something that adds
8     risk most likely would be the cause of adding
9     time or, you know, delaying a train or making,
10     you know, something take longer.
11 Q Do you recall Mr. Sexton cutting the tracks
12     the morning of February 1st, 2021?
13 A Can you repeat that?
14 Q Do you recall Mr. Sexton cutting the tracks,
15     or the crossings and flangeways, on February
16     1st, 2021?
17 A No. I remember a few things about the work
18     event, but I don't specifically remember
19     everything about it, no.
20 Q You don't remember how long it took him to
21     cut the crossings?
22 A I do not, no.
23 Q Go to the next page. How many trains can go
24     through your terminal at one time?
25 A That's a trick question. I have had as many

**19**

1     as three or four in there at the same time
2     before.
3 Q Do you recall how many you had on the morning
4     of February 1st, 2021?
5 A I do not.
6 Q On this message you say, 'I can't make him
7     move any faster.' Is that correct?
8 A That's what I'm reading on the page, yes.
9 Q Do you recall who you are referring to when
10     you say 'him'?
11 A I do not recall sending that message, no.
12 Q Do you recall that person attempting to cut
13     the tracks?
14           MS. AL TAQATQA: Objection. The
15     witness said he doesn't remember sending the
16     message or who he was talking about. You can
17     answer, Kurt, if you understand the question.
18 A Can you repeat the question?
19 Q (By Mr. Cramer, continuing) This might not be
20     verbatim, but I believe it was do you recall
21     the person you were trying to get to move
22     faster cutting tracks that morning?
23 A I do not recall. I don't recall sending this
24     message or who I was referring to.
25 Q If you had to make a train move faster at

**20**

1     that time, what sort of things would you do
2     to make that train try to speed up?
3 A I want to answer your question, but I think
4     you're wording it wrong. I can't make the
5     trains move faster, you know. And at this
6     point, the train was stopped in the terminal
7     doing a work event. So I would assume that
8     you mean what would I do to kind of make the
9     work event go faster. Is that correct?
10 Q Correct.
11 A So normally the part of my job to help
12     expedite the train movements throughout the
13     terminal would involve me being with the
14     conductor, giving him rides to different
15     locations depending on what he needed, and
16     being there to supervise and answer any
17     questions related to the work event.
18 Q What work event was happening at your
19     terminal around 3:48 on February 1st, 2021?
20 A I don't recall that specific date, so I would
21     be speculating.
22 Q Back on the top page, the 474 was Mr. Sexton's
23     train that day?
24 A Correct.
25 Q I wasn't looking at the screen. I'm not sure

## Page 21

1     if you said something. Sorry.
2 A Yes, that's correct.
3 Q Do you understand this string of messages to
4     be talking about the 474?
5 A Like I said, I would assume so but I don't
6     remember that day. I don't remember three
7     years ago and I don't remember sending any of
8     these messages.
9 Q Who is Kade Antczak?
10 A I believe Kade was a dispatcher with CP.
11 Q Is he still a dispatcher?
12 A He no longer works with CP, no.
13 Q Did you communicate with him on February 1st,
14     2021?
15 A I don't specifically recall.
16 Q Does this look like a typical message you
17     would have sent to Kade at that time?
18 A Yes.
19 Q Do you remember sending this specific one?
20 A I do not.
21 Q Go to 3741.
22         MS. AL TAQATQA: Cyle, can you
23     give the witness the opportunity to review,
24     if it's a conversation, to review the
25     conversation?

## Page 22

1         MR. CRAMER: Sure.
2 A I got that one. Next page, please. (Witness
3     examining document). Next page. Next page.
4     Next page.
5 Q (By Mr. Cramer, continuing) Let's stop on
6     this one. Do you know what you're referring
7     to when you say 'all the fun up here'?
8 A I don't recall sending this message, no.
9 Q Go to the next one. Tell us when you're
10     ready again for the next page.
11 A (Witness examining document). Next page.
12     Next page. Next page, please. Next page.
13     Next page, please.
14 Q We'll stick on this one for a second. So
15     here it looks like Sexton is on the 474
16     train. Is that correct?
17 A Yes.
18 Q What do you mean by 'putting on a show'?
19 A Like I said, I don't recall sending any of
20     these messages.
21 Q Is four hours over the length of the work
22     event?
23 A Four hours for a singular work event is
24     probably one of the longest work events that
25     I have witnessed in my career at Canadian

## Page 23

1     Pacific.
2 Q Are all work events at Marquette expected to
3     be the same length?
4 A No, they're not expected to be the same based
5     upon that amount of work. But there is a
6     standard that you should be able to get
7     everything done within.
8 Q Do you recall what Mr. Sexton's work event
9     was that day?
10 A I don't recall. It's now three years ago. I
11     don't recall everything. I believe what I do
12     remember, based on the previous deposition,
13     is he had a fairly large train. I believe he
14     had an engine or some engines to pick up and
15     cars to set out to the siding. I don't
16     remember if he had a pickup there also.
17 Q With a four hour work event being one of the
18     longest in your career, is that something
19     you'd drill down on?
20 A Yes.
21 Q Do you recall drilling down on this work event?
22 A Honestly, no, I don't even recall what it
23     was.
24 Q And a four hour work event is something you
25     would try to avoid?

## Page 24

1 A Any over-standard work event is something I
2     try to avoid.
3 Q Even if it included safety related tasks?
4 A Can you repeat the question?
5 Q If a work event was delayed because of safety
6     related tasks, is that something you'd try to
7     avoid?
8 A I don't understand the question. Any time
9     that we're handling any movements with the
10     train, it's safety related.
11 Q After reviewing some of these messages, is
12     your memory refreshed that Sexton had a four
13     hour work event on February 1st?
14 A Like I said, I don't recall a specific day.
15     I don't know exactly how long it took. I'm
16     just going off the correspondence you're
17     showing me here. I don't remember exactly
18     how long it was.
19 Q If there was a four hour delay, you would
20     have likely done a drill-down on that?
21 A Yeah, I'm sure there would have been a
22     drill-down. There should be a drill-down
23     done on every over-standard work event.
24         MS. AL TAQATQA: Is that Exhibit
25     33? Are we labeling this as an exhibit?

**Page 25**

| | | |
|---|---|---|
| 1 | | MR. CRAMER: Yes, we can do that. |
| 2 | | We'll label that as Exhibit 33. Sorry. |
| 3 | | (Deposition Exhibit 33 marked for |
| 4 | | identification). |
| 5 | Q | Go down to each page again. Let's stop on |
| 6 | | 3740. Actually, let's stop here. It looks |
| 7 | | like Kade is saying 'oh I heard'. Correct? |
| 8 | A | That's what it looks like, yes. |
| 9 | Q | Do you have any knowledge on how he would |
| 10 | | have heard? |
| 11 | A | I do not. |
| 12 | Q | Are you aware of e-mails that go out when |
| 13 | | there's a delay? |
| 14 | A | No, I'm not aware of any, no, at least -- |
| 15 | | except for the ones that I would have sent, |
| 16 | | no, I'm not privy to anything else. |
| 17 | Q | Do you know who TA1 -- I believe it's |
| 18 | | supposed to be a 1 or an L. Does that |
| 19 | | reference mean anything to you? |
| 20 | A | I don't specifically remember. Speculating, |
| 21 | | three initials is usually what dispatchers |
| 22 | | use. |
| 23 | Q | Do you recognize this dispatcher? |
| 24 | A | It sounds familiar. But, no, I can't |
| 25 | | remember specifically who that is, no. |

**Page 26**

| | | |
|---|---|---|
| 1 | Q | I can't remember if I asked at the top. Who |
| 2 | | was Kade Antczak again? What was his position |
| 3 | | at the time? |
| 4 | A | I believe he was a dispatcher. |
| 5 | Q | Just go down each page a little bit again. |
| 6 | | Next one, and the next one. Do you recall |
| 7 | | not being home and not sleeping on February |
| 8 | | 1st? |
| 9 | A | No, I don't recall that date, but there's a |
| 10 | | lot of times where I haven't been home and |
| 11 | | slept because it's part of my job. |
| 12 | Q | You can go back to that one, yeah. Do you |
| 13 | | recall sending this message? |
| 14 | A | I do not. |
| 15 | Q | Is there any reason you wouldn't want anybody |
| 16 | | to know that you weren't at a specific |
| 17 | | location on that day? |
| 18 | A | No. |
| 19 | | MR. CRAMER: We'll go through a |
| 20 | | couple things I have here. Let's bring up |
| 21 | | this one. We have a few more of these |
| 22 | | messages. |
| 23 | | MS. AL TAQATQA: Can I see the |
| 24 | | Bates stamp on this, Cyle? |
| 25 | | MR. CRAMER: Yes. |

**Page 27**

| | | |
|---|---|---|
| 1 | | THE WITNESS: Can you go back up? |
| 2 | | Can I read that and see who it's from and who |
| 3 | | all it went to? |
| 4 | | MS. AL TAQATQA: Will this be |
| 5 | | Exhibit 34? |
| 6 | | MR. CRAMER: Yes. |
| 7 | | (Deposition Exhibit 34 marked for |
| 8 | | identification). |
| 9 | | THE WITNESS: (Witness examining |
| 10 | | document). Okay. |
| 11 | Q | (By Mr. Cramer, continuing) Who is Ron |
| 12 | | Pierce? |
| 13 | A | I believe he's one of the east directors. |
| 14 | Q | On it looks like the third line of names, is |
| 15 | | that your name listed there first? |
| 16 | A | Yes. |
| 17 | Q | Do you recall receiving this message? |
| 18 | A | I do not. |
| 19 | Q | The second to the last name, do you know who |
| 20 | | Mark Johnson is? |
| 21 | A | Yes. |
| 22 | Q | Who is he? |
| 23 | A | Currently I believe he is an engineer on the |
| 24 | | DM&E. |
| 25 | Q | Was he in a different position at that time |

**Page 28**

| | | |
|---|---|---|
| 1 | | on February 1st, 2021? |
| 2 | A | Most likely, yes. |
| 3 | Q | Why do you say most likely? |
| 4 | A | Because he changed positions, and I don't |
| 5 | | recall when he did. So I don't remember what |
| 6 | | position he was in at that time. |
| 7 | Q | Do you remember what position he was in prior |
| 8 | | to being an engineer? |
| 9 | A | Yes. He was a trainmaster. |
| 10 | | MR. CRAMER: Go to the next one. |
| 11 | | So we're all in agreement, I'm entering this |
| 12 | | as Exhibit 33. |
| 13 | | MS. AL TAQATQA: 34. |
| 14 | | MR. CRAMER: 34. |
| 15 | Q | (By Mr. Cramer, continuing) Who is Barry |
| 16 | | Major? |
| 17 | A | Barry Major is currently a trainmaster. |
| 18 | Q | Was he in a different position on January |
| 19 | | 31st that you're aware of? |
| 20 | A | I don't remember the specific dates and times |
| 21 | | when everybody moved. But when I met him, he |
| 22 | | was an ATM out of Mason City. |
| 23 | Q | If he was a trainmaster at this time, why |
| 24 | | would he be sending these messages? |
| 25 | A | I don't know. I can't tell you why Barry |

**29**

1  Major was sending messages.
2  Q  Is he discussing the 474 on this message?
3  A  It appears like he's asking when the 475 and
4     474 will be to Marquette.
5  Q  Is this message referring to the 474 before
6     it got to Marquette on February 1st?
7  A  I don't know.  I can't tell you what Barry
8     Major was referring to.
9           MR. CRAMER:  I don't think I have
10    any more questions on those ones.  I want to
11    take a second to look at one more thing here.
12          MR. MAGNUSON:  Cyle, let's take a
13    quick break so we don't burn up any more of
14    our time.
15          MR. CRAMER:  Yeah, let's do that.
16          MR. MAGNUSON:  Just ten minutes.
17          (Brief recess).
18          MS. AL TAQATQA:  I will say
19    before you get started, Cyle, that we have
20    just under 15 minutes left in the deposition.
21    Go ahead.
22          MR. CRAMER:  I only have a few
23    more.
24 Q  (By Mr. Cramer, continuing) A four hour work
25    event is one of the longest events of your

**30**

1     career.  Is that correct?
2  A  Like I said, I don't recall the specific time.
3     I do remember John Sexton coming in on a 474
4     and that was one of the longest work events
5     if not the longest one I have ever witnessed,
6     yes.
7  Q  What do you recall lead to that being such a
8     long work event?
9  A  I know that it was snowing out that day so
10    that would typically slow things down.  And
11    then other than that, I couldn't explain what
12    made it take so long.
13 Q  A work event that is three hours over-
14    standard, is that something you don't want to
15    happen again in your career?
16 A  Yeah.  I mean, it would be wonderful if
17    everything for the rest of my career went
18    perfectly.  That would be great.
19 Q  Why is that?
20 A  Why is that?
21 Q  Yes.
22 A  Well, because if everything goes perfectly,
23    that would make my job a lot easier.
24 Q  Do you conduct efficiency tests in your position?
25 A  Yes.

**31**

1  Q  How do you choose when to do an efficiency
2     test?
3  A  There's no set -- I don't know how to phrase
4     it.  There's no set -- there's nothing that
5     tells me that I have to do it at a specific
6     date or a specific time.  It's up to my
7     discretion.
8  Q  Does conducting an efficiency test subject an
9     employee to possible discipline?
10          MS. AL TAQATQA:  I'm going to
11    object to this line of questioning.  It's
12    outside the scope of the stipulation.
13          MR. CRAMER:  One second.  Are you
14    instructing him not to answer?
15          MS. AL TAQATQA:  Unless you can
16    show me a document that's been produced since
17    his first deposition that includes or refers
18    to him on his face that gives rise to this
19    questioning.
20          MR. CRAMER:  Well, let me --
21    where did my notes go?  Let me backtrack.
22    Can we bring back up this one?
23          MS. AL TAQATQA:  Is this the
24    document?
25          MR. CRAMER:  Yes.

**32**

1           MS. AL TAQATQA:  What does this
2     have to do with efficiency testing?
3  Q  (By Mr. Cramer, continuing) So the question
4     is if you have discretion to conduct
5     efficiency tests, would an employee putting
6     on a show make you want to conduct an
7     efficiency test on them?
8  A  Most likely, no.
9  Q  Why is that?
10 A  Because doing efficiency tests takes added
11    time, having to observe whatever action is
12    taking place that I'm conducting an
13    efficiency test on.  Then afterwards I have
14    to go and debrief with the employee or
15    employees that were being efficiency tested,
16    let them know they were being tested, and
17    then also let them know the results of the
18    efficiency test.  And depending on what the
19    results of that efficiency test was, then it
20    would be giving them either a positive or
21    constructive feedback based on the behaviors
22    and actions that I would have witnessed.
23 Q  So with this 474 being delayed, would you
24    want to avoid doing an efficiency test?
25 A  Like I said, I would be speculating if you're

Page 33

1  asking me about something from three years
2  ago. So if you're asking about something
3  that I was thinking from three years ago, I
4  don't recall.
5  Q  With the train being approximately three
6     hours over-standard, you would want to avoid
7     doing an efficiency test?
8  A  When a train is already late, I would not
9     want to do anything that would add additional
10    delays to it.
11 Q  Have you ever disciplined an employee for
12    delaying a train?
13          MS. AL TAQATQA: Objection. This
14    is outside the scope. I'm going to instruct
15    Mr. McKelvey not to answer.
16          MR. CRAMER: These documents
17    clearly demonstrate that there was a delay in
18    the train, and I think discipline for a delay
19    is very within the scope of this deposition.
20          MS. AL TAQATQA: Can you repeat
21    your question?
22 Q  (By Mr. Cramer, continuing) Have you ever
23    disciplined a crew for delaying a train?
24          MS. AL TAQATQA: I object to the
25    form of the question. Mr. McKelvey, you can

Page 34

1  answer to the extent you understand the
2  question.
3  A  No, I have never -- one, I'm not the one that
4     disciplines anyone. That's not my -- that's
5     not in my scope in my current position.
6  Q  (By Mr. Cramer, continuing) Would you
7     recommend discipline in your position?
8  A  No, I do not recommend discipline in my
9     position.
10 Q  Do you recommend an employee to be
11    investigated for discipline?
12 A  Yes, I do send out investigation requests in
13    my position.
14          MR. CRAMER: I think that's all I
15    have.
16          MS. AL TAQATQA: Okay. I don't
17    have any questions.
18          (WHEREUPON, the testimony was
19          concluded at 12:15 p.m.)
20              *   *   *

Page 35

STATE OF MINNESOTA)
                  ) Ss.
COUNTY OF HENNEPIN)

   I, Brenda K. Foss, Certified Shorthand Reporter and Notary Public duly and qualified in and for the State of Minnesota do hereby certify there came remotely before me the deponent herein, who was by me duly sworn to testify to the truth and nothing but the truth concerning the matters in this cause.

   I further certify that the foregoing transcript is a true and correct transcript of my original stenographic notes.

   I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal this 20th day of May, 2024.

                    Brenda K. Foss
                    Court Reporter

**'**

**'21** [3] - 3:8, 3:9, 3:10
**'all** [1] - 22:7
**'can** [1] - 11:23
**'from** [1] - 15:21
**'him'** [1] - 19:10
**'oh** [1] - 25:7
**'putting** [1] - 22:18
**'they'** [2] - 15:21, 15:22

**0**

**03:38** [1] - 14:23

**1**

**1** [4] - 3:8, 3:9, 3:10, 25:18
**10** [3] - 1:15, 2:3, 3:5
**11:00** [2] - 1:16, 2:4
**12:15** [1] - 34:19
**13** [2] - 3:5, 3:8
**15** [1] - 29:20
**1500** [1] - 2:18
**17** [1] - 3:5
**19** [1] - 3:6
**1st** [17] - 5:19, 7:16, 7:21, 8:5, 8:13, 11:12, 14:23, 15:25, 18:12, 18:16, 19:4, 20:19, 21:13, 24:13, 26:8, 28:1, 29:6

**2**

**2021** [11] - 5:19, 8:13, 11:12, 14:23, 15:25, 18:12, 18:16, 19:4, 20:19, 21:14, 28:1
**2023** [2] - 7:5, 7:8
**2024** [3] - 1:15, 2:3, 35:15
**20th** [1] - 35:15
**25** [1] - 3:9
**27** [1] - 3:10

**3**

**31** [3] - 3:6, 3:10, 13:8
**31st** [2] - 7:8, 28:19
**32** [3] - 3:8, 13:9, 13:10
**33** [6] - 3:6, 3:9, 24:25, 25:2, 25:3, 28:12
**34** [5] - 3:10, 27:5, 27:7, 28:13, 28:14
**35** [1] - 3:14
**36** [1] - 14:23

**3686** [1] - 4:20
**3740** [1] - 25:6
**3741** [1] - 21:21
**3:23-CV-00031-HCA** [1] - 1:3
**3:45** [1] - 15:3
**3:48** [1] - 20:19

**4**

**4** [1] - 3:3
**4601** [1] - 2:13
**474** [12] - 11:16, 11:19, 11:23, 12:1, 20:22, 21:4, 22:15, 29:2, 29:4, 29:5, 30:3, 32:23
**475** [1] - 29:3

**5**

**50** [1] - 2:18
**55127** [1] - 2:13
**55402** [1] - 2:18

**6**

**612-340-2600** [1] - 2:19
**612-393-2358** [1] - 4:22
**612-701-4282** [1] - 1:23
**6290** [1] - 4:20
**651-288-9500** [1] - 2:14
**6th** [1] - 2:18

**7**

**7** [3] - 3:5, 7:5, 15:3

**A**

**a.m** [2] - 1:16, 2:4
**able** [1] - 23:6
**accountable** [9] - 16:20, 16:21, 16:22, 16:23, 16:25, 17:1, 17:7, 17:11, 17:14
**action** [4] - 18:1, 32:11, 35:10, 35:13
**actions** [3] - 12:18, 17:11, 32:22
**actual** [1] - 16:15
**add** [1] - 33:9
**added** [1] - 32:10
**adding** [1] - 18:8
**additional** [2] - 9:1, 33:9

**adds** [1] - 18:7
**affixed** [1] - 35:14
**afterwards** [1] - 32:13
**ago** [5] - 11:9, 21:7, 23:10, 33:2, 33:3
**agreed** [1] - 4:11
**agreement** [1] - 28:11
**ahead** [4] - 4:9, 15:7, 15:8, 29:21
**AL** [23] - 2:17, 4:7, 4:10, 5:5, 7:25, 10:17, 13:14, 17:21, 19:14, 21:22, 24:24, 26:23, 27:4, 28:13, 29:18, 31:10, 31:15, 31:23, 32:1, 33:13, 33:20, 33:24, 34:16
**Al** [1] - 3:5
**almost** [1] - 14:11
**ALSO** [1] - 2:21
**altaqatqa.briana@dorsey.com** [1] - 2:19
**amount** [1] - 23:5
**answer** [12] - 6:1, 6:6, 8:1, 10:18, 13:15, 17:22, 19:17, 20:3, 20:16, 31:14, 33:15, 34:1
**Antczak** [3] - 3:9, 21:9, 26:2
**app** [1] - 10:22
**APPEARANCES** [1] - 2:9
**areas** [2] - 12:15, 14:15
**aspects** [1] - 10:20
**assume** [2] - 20:7, 21:5
**ATM** [1] - 28:22
**attempting** [1] - 19:12
**attention** [1] - 6:8
**attorney** [2] - 35:10, 35:12
**attorneys** [1] - 7:12
**audio** [2] - 5:22, 6:13
**average** [1] - 16:4
**avoid** [6] - 13:12, 23:25, 24:2, 24:7, 32:24, 33:6
**aware** [5] - 5:18, 7:24, 25:12, 25:14, 28:19

**B**

**backtrack** [1] - 31:21
**BARRISTERS** [1] - 2:12
**Barry** [4] - 28:15, 28:17, 28:25, 29:7

**based** [3] - 23:4, 23:12, 32:21
**basis** [1] - 14:11
**Bates** [1] - 26:24
**behalf** [1] - 2:2
**BEHALF** [2] - 2:10, 2:16
**behavior** [1] - 17:17
**behaviors** [1] - 32:21
**better** [1] - 14:17
**between** [1] - 4:14
**bit** [1] - 26:5
**break** [1] - 29:13
**BRENDA** [1] - 1:22
**Brenda** [3] - 2:4, 35:3, 35:16
**Briana** [1] - 6:22
**BRIANA** [1] - 2:17
**Brief** [1] - 29:17
**brief** [1] - 6:21
**bring** [2] - 26:20, 31:22
**burn** [1] - 29:13
**BY** [2] - 1:22, 5:11

**C**

**Canadian** [3] - 1:7, 8:3, 22:25
**career** [5] - 22:25, 23:18, 30:1, 30:15, 30:17
**cars** [1] - 23:15
**case** [1] - 4:24
**causes** [1] - 17:20
**ccramer@yjblaw.com** [1] - 2:14
**cell** [1] - 10:22
**center** [1] - 10:3
**Certificate** [1] - 3:14
**Certified** [1] - 35:3
**certify** [3] - 35:4, 35:7, 35:9
**cetera** [1] - 14:16
**changed** [1] - 28:4
**choose** [1] - 31:1
**City** [1] - 28:22
**clearly** [1] - 33:17
**coming** [1] - 30:3
**commencing** [1] - 2:3
**communicate** [2] - 11:3, 21:13
**communicating** [1] - 11:6
**company** [1] - 10:16
**computer** [1] - 10:21
**concerning** [1] - 35:6
**concerns** [1] - 5:6
**concluded** [1] - 34:19

**conduct** [3] - 30:24, 32:4, 32:6
**conducted** [1] - 5:17
**conducting** [2] - 31:8, 32:12
**conductor** [1] - 20:14
**conference** [6] - 7:20, 7:23, 8:3, 8:6, 8:8, 8:10
**consider** [2] - 14:6, 18:5
**constructive** [1] - 32:21
**content** [1] - 10:14
**continuing** [12] - 9:6, 10:21, 13:17, 17:24, 19:19, 22:5, 27:11, 28:15, 29:24, 32:3, 33:22, 34:6
**conversation** [5] - 7:17, 8:16, 8:20, 21:24, 21:25
**conversations** [2] - 8:12, 15:12
**Corporation** [1] - 1:7
**corporation** [1] - 1:8
**correct** [13] - 10:9, 10:11, 10:12, 13:18, 19:7, 20:9, 20:10, 20:24, 21:2, 22:16, 25:7, 30:1, 35:8
**correspondence** [2] - 10:19, 24:16
**counsel** [3] - 4:17, 35:10, 35:12
**Counsel** [1] - 2:22
**County** [1] - 2:6
**COUNTY** [1] - 35:2
**couple** [4] - 4:24, 5:25, 7:11, 26:20
**course** [3] - 17:25, 18:3, 18:4
**COURT** [1] - 1:1
**Court** [2] - 2:5, 35:17
**CP** [4] - 4:20, 21:10, 21:12
**CPKC** [1] - 2:22
**CRAMER** [22] - 2:11, 4:9, 4:23, 5:8, 5:11, 8:25, 13:6, 22:1, 25:1, 26:19, 26:25, 27:6, 28:10, 28:14, 29:9, 29:15, 29:22, 31:13, 31:20, 31:25, 33:16, 34:14
**Cramer** [15] - 3:3, 3:17, 5:13, 9:6, 10:21, 13:17, 17:24, 19:19, 22:5, 27:11, 28:15, 29:24, 32:3,

33:22, 34:6
**crew** [3] - 12:11, 16:19, 33:23
**crossings** [2] - 18:15, 18:21
**current** [1] - 34:5
**cut** [3] - 5:22, 18:21, 19:12
**cutting** [3] - 18:11, 18:14, 19:22
**Cyle** [6] - 3:17, 5:12, 21:22, 26:24, 29:12, 29:19
**CYLE** [1] - 2:11

**D**

**d/b/a** [1] - 1:7
**daily** [1] - 14:11
**Dakota** [1] - 1:7
**date** [6] - 8:14, 11:16, 14:21, 20:20, 26:9, 31:6
**dates** [2] - 11:13, 28:20
**deal** [1] - 10:19
**debrief** [1] - 32:14
**defendants** [1] - 1:8
**DEFENDANTS** [1] - 2:16
**Delaware** [1] - 1:8
**delay** [7] - 17:20, 18:1, 18:5, 24:19, 25:13, 33:17, 33:18
**delayed** [2] - 24:5, 32:23
**delaying** [7] - 16:20, 16:25, 17:2, 17:7, 18:9, 33:12, 33:23
**delays** [1] - 33:10
**demonstrate** [1] - 33:17
**departed** [1] - 12:11
**deponent** [1] - 35:5
**deposes** [1] - 4:5
**DEPOSITION** [1] - 1:13
**Deposition** [5] - 3:8, 3:16, 13:10, 25:3, 27:7
**deposition** [15] - 2:1, 4:12, 4:15, 4:19, 5:17, 6:20, 7:4, 7:7, 8:15, 9:8, 23:12, 29:20, 31:17, 33:19, 35:11
**different** [5] - 8:4, 13:4, 20:14, 27:25, 28:18
**Director** [3] - 11:24,
12:2, 12:3
**director** [4] - 10:1, 10:2, 12:24, 13:23
**directors** [4] - 10:2, 13:2, 27:13
**discipline** [5] - 31:9, 33:18, 34:7, 34:8, 34:11
**disciplined** [2] - 33:11, 33:23
**disciplines** [1] - 34:4
**discretion** [2] - 31:7, 32:4
**discussed** [2] - 8:19, 8:21
**discussing** [1] - 29:2
**dispatcher** [4] - 21:10, 21:11, 25:23, 26:4
**dispatchers** [1] - 25:21
**dispatching** [1] - 10:3
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**DL** [6] - 11:24, 12:21, 12:23, 12:25, 13:13, 13:20
**DM&E** [3] - 2:22, 4:11, 27:24
**document** [4] - 4:18, 9:10, 31:16, 31:24
**document )** [4] - 9:13, 22:3, 22:11, 27:10
**documents** [3] - 6:25, 9:7, 33:16
**done** [3] - 23:7, 24:20, 24:23
**dORSEY** [1] - 2:17
**doubt** [1] - 9:21
**down** [13] - 9:9, 12:10, 12:13, 12:14, 14:14, 23:19, 23:21, 24:20, 24:22, 25:5, 26:5, 30:10
**downs** [2] - 14:10, 14:12
**drill** [10] - 12:10, 12:13, 12:14, 14:10, 14:12, 14:14, 23:19, 24:20, 24:22
**drill-down** [6] - 12:10, 12:13, 12:14, 24:20, 24:22
**drill-downs** [2] - 14:10, 14:12
**drilling** [1] - 23:21
**duly** [3] - 4:4, 35:3, 35:5
**duty** [2] - 12:4, 12:11
**duty'** [1] - 15:22
**Dylan** [1] - 7:18

**E**

**e-mail** [5] - 10:23, 12:2, 13:1, 13:3, 15:5
**e-mails** [1] - 25:12
**easier** [1] - 30:23
**east** [4] - 10:1, 13:2, 13:23, 27:13
**East** [2] - 11:24, 12:2
**EASTERN** [1] - 1:2
**Eastern** [1] - 1:7
**efficiency** [13] - 30:24, 31:1, 31:8, 32:2, 32:5, 32:7, 32:10, 32:13, 32:15, 32:18, 32:19, 32:24, 33:7
**either** [1] - 32:20
**employed** [2] - 35:10, 35:12
**employee** [6] - 31:9, 32:5, 32:14, 33:11, 34:10, 35:12
**employees** [1] - 32:15
**end** [1] - 9:5
**engine** [1] - 23:14
**engineer** [2] - 27:23, 28:8
**engines** [1] - 23:14
**enter** [1] - 13:7
**entered** [1] - 4:13
**entering** [1] - 28:11
**ESQUIRE** [3] - 2:11, 2:11, 2:17
**Esquire )** [1] - 3:17
**establish** [1] - 4:25
**et** [1] - 14:16
**event** [20] - 8:23, 12:10, 18:18, 20:7, 20:9, 20:17, 20:18, 22:22, 22:23, 23:8, 23:17, 23:21, 23:24, 24:1, 24:5, 24:13, 24:23, 29:25, 30:8, 30:13
**events** [5] - 12:16, 22:24, 23:2, 29:25, 30:4
**exact** [2] - 8:14, 11:13
**exactly** [3] - 11:8, 24:15, 24:17
**EXAMINATION** [1] - 5:10
**Examination** [1] - 3:2
**examining** [4] - 9:13, 22:3, 22:11, 27:9
**example** [1] - 6:3
**except** [1] - 25:15
**exhibit** [2] - 13:8, 24:25
**Exhibit** [7] - 13:10, 24:24, 25:2, 25:3, 27:5, 27:7, 28:12
**Exhibits** [1] - 3:8
**expect** [1] - 6:17
**expected** [2] - 23:2, 23:4
**expedite** [1] - 20:12
**explain** [1] - 30:11
**extent** [1] - 34:1

**F**

**face** [2] - 4:20, 31:18
**factors** [1] - 16:11
**fairly** [1] - 23:13
**familiar** [2] - 10:13, 25:24
**faster** [5] - 19:7, 19:22, 19:25, 20:5, 20:9
**Feb** [3] - 3:8, 3:9, 3:10
**February** [17] - 5:19, 7:16, 7:21, 8:5, 8:13, 11:12, 14:23, 15:25, 18:12, 18:15, 19:4, 20:19, 21:13, 24:13, 26:7, 28:1, 29:6
**feedback** [2] - 17:14, 32:21
**few** [3] - 18:17, 26:21, 29:22
**financially** [1] - 35:12
**first** [8] - 4:4, 4:19, 5:14, 11:17, 14:19, 18:2, 27:15, 31:17
**five** [1] - 16:9
**flangeways** [1] - 18:15
**follow** [1] - 18:2
**follows** [1] - 4:5
**FOR** [1] - 1:1
**foregoing** [1] - 35:7
**forget** [1] - 13:6
**form** [5] - 7:25, 10:17, 13:14, 17:21, 33:25
**forward** [3] - 12:17, 14:17, 17:17
**FOSS** [1] - 1:22
**Foss** [3] - 2:4, 35:3, 35:16
**fossbrenda @yahoo. com** [1] - 1:23
**four** [9] - 16:9, 19:1, 22:21, 22:23, 23:17, 23:24, 24:12, 24:19, 29:24
**frequently** [2] - 11:4, 14:7
**Friday** [1] - 2:3
**full** [1] - 6:8
**fun** [1] - 22:7
**furthermore** [1] - 35:11
**future** [1] - 17:18

**G**

**Garcia** [1] - 2:22
**Gary** [3] - 9:24, 9:25, 11:3
**generic** [1] - 12:25
**great** [1] - 30:18
**group** [1] - 13:7
**guess** [2] - 5:1, 11:13

**H**

**hand** [1] - 35:14
**handling** [1] - 24:9
**Haynes** [1] - 2:22
**head** [1] - 6:2
**hear** [1] - 6:15
**heard** [1] - 25:10
**heard'** [1] - 25:7
**hearing** [1] - 6:10
**help** [1] - 20:11
**HENNEPIN** [1] - 35:2
**Hennepin** [1] - 2:6
**here'** [1] - 22:7
**hereby** [1] - 35:4
**herein** [1] - 35:5
**hereto** [1] - 35:12
**hereunto** [1] - 35:14
**hold** [8] - 16:19, 16:21, 16:22, 16:23, 16:24, 17:1, 17:7, 17:11
**holding** [1] - 17:14
**home** [2] - 26:7, 26:10
**honest** [1] - 11:2
**honestly** [1] - 23:22
**HOSCH** [1] - 2:12
**hour** [7] - 4:16, 6:24, 23:17, 23:24, 24:13, 24:19, 29:24
**hours** [4] - 22:21, 22:23, 30:13, 33:6

**I**

**identification )** [3] - 13:11, 25:4, 27:8
**identify** [1] - 12:14
**improve** [4] - 12:15, 12:18, 14:12, 14:15
**IN** [2] - 1:1, 35:14
**incident** [4] - 5:19, 8:17, 8:18, 11:14
**included** [1] - 24:3
**includes** [2] - 4:21,

31:17
**initials** [1] - 25:21
**instruct** [1] - 33:14
**instructing** [1] - 31:14
**interested** [1] - 35:13
**investigated** [1] - 34:11
**investigation** [1] - 34:12
**involve** [1] - 20:13
**involves** [1] - 17:13
**involving** [2] - 5:20, 11:15
**IOWA** [1] - 1:1

**J**

**Jan** [1] - 3:10
**January** [1] - 28:18
**Jared** [2] - 8:13, 8:17
**job** [7] - 10:20, 17:9, 17:13, 17:15, 20:11, 26:11, 30:23
**John** [2] - 1:4, 30:3
**JOHN** [1] - 2:11
**Johnson** [1] - 27:20
**JUNGBAUER** [1] - 2:12

**K**

**Kade** [5] - 21:9, 21:10, 21:17, 25:7, 26:2
**kind** [1] - 20:8
**knowledge** [1] - 25:9
**Kurt** [3] - 8:1, 10:18, 19:17
**KURT** [3] - 1:14, 2:1, 4:3
**Kurtis** [2] - 5:16, 6:14

**L**

**label** [1] - 25:2
**labeling** [1] - 24:25
**large** [1] - 23:13
**last** [7] - 4:15, 5:14, 7:11, 9:8, 9:16, 27:19
**late** [1] - 33:8
**LAUREN** [1] - 2:12
**Lauren** [1] - 9:3
**lawyer** [1] - 6:21
**lead** [1] - 30:7
**learn** [1] - 12:15
**least** [1] - 25:14
**left** [2] - 13:8, 29:20
**length** [2] - 22:21, 23:3
**less** [1] - 16:9

**letting** [1] - 17:15
**likely** [6] - 12:6, 18:8, 24:20, 28:2, 28:3, 32:8
**line** [4] - 7:23, 8:6, 27:14, 31:11
**lines** [1] - 8:3
**listed** [1] - 27:15
**LLP** [1] - 2:17
**loading** [1] - 9:5
**location** [1] - 26:17
**locations** [1] - 20:15
**longest** [5] - 22:24, 23:18, 29:25, 30:4, 30:5
**look** [5] - 9:2, 9:7, 14:20, 21:16, 29:11
**looking** [3] - 9:7, 11:17, 20:25
**looks** [4] - 22:15, 25:6, 25:8, 27:14

**M**

**M-C-K-E-L-V-E-Y** [1] - 5:16
**MAGNUSON** [3] - 2:11, 29:12, 29:16
**mail** [5] - 10:23, 12:2, 13:1, 13:3, 15:5
**mails** [1] - 25:12
**Major** [4] - 28:16, 28:17, 29:1, 29:8
**majority** [1] - 17:13
**managers** [1] - 13:20
**Mark** [1] - 27:20
**Marked** [1] - 3:8
**marked** [3] - 13:10, 25:3, 27:7
**Marquette** [6] - 11:23, 12:1, 16:14, 23:2, 29:4, 29:6
**Mason** [1] - 28:22
**matter** [1] - 7:11
**matters** [1] - 35:6
**McKelvey** [11] - 1:14, 2:1, 4:3, 4:12, 4:17, 4:21, 5:12, 5:16, 6:14, 33:15, 33:25
**mean** [7] - 11:9, 14:7, 14:8, 20:8, 22:18, 25:19, 30:16
**meant** [1] - 15:17
**meeting** [3] - 6:21, 6:23, 6:25
**memory** [1] - 24:12
**message** [23] - 10:23, 11:17, 11:21, 12:22, 14:22, 15:1, 15:10, 15:16, 15:18, 15:23,

16:24, 17:4, 17:5, 19:6, 19:11, 19:16, 19:24, 21:16, 22:8, 26:13, 27:17, 29:2, 29:5
**messages** [17] - 3:8, 3:9, 3:10, 9:1, 9:19, 10:4, 10:11, 10:13, 10:15, 13:7, 21:3, 21:8, 22:20, 24:11, 26:22, 28:24, 29:1
**met** [1] - 28:21
**Michelle** [1] - 2:22
**might** [1] - 19:19
**mind** [1] - 4:7
**Minneapolis** [1] - 2:18
**Minnesota** [3] - 1:7, 2:6, 35:4
**MINNESOTA** [1] - 35:1
**minutes** [3] - 15:3, 29:16, 29:20
**mistake** [3] - 12:19, 12:20, 14:5
**mistakes** [1] - 12:16
**MN** [2] - 2:13, 2:18
**Monday** [1] - 14:23
**morning** [4] - 5:12, 18:12, 19:3, 19:22
**most** [5] - 12:6, 18:8, 28:2, 28:3, 32:8
**mostly** [1] - 5:18
**mouth** [1] - 10:9
**move** [4] - 19:7, 19:21, 19:25, 20:5
**moved** [1] - 28:21
**movements** [3] - 17:10, 20:12, 24:9
**moving** [1] - 16:16
**MR** [23] - 4:9, 4:23, 5:8, 5:11, 8:25, 13:6, 22:1, 25:1, 26:19, 26:25, 27:6, 28:10, 28:14, 29:9, 29:12, 29:15, 29:16, 29:22, 31:13, 31:20, 31:25, 33:16, 34:14
**MS** [22] - 4:7, 4:10, 5:5, 7:25, 10:17, 13:14, 17:21, 19:14, 21:22, 24:24, 26:23, 27:4, 28:13, 29:18, 31:10, 31:15, 31:23, 32:1, 33:13, 33:20, 33:24, 34:16

**N**

**name** [7] - 5:12, 5:14, 5:15, 5:16, 6:11, 27:15, 27:19

**names** [1] - 27:14
**nature** [1] - 10:14
**necessarily** [1] - 10:14
**needed** [3] - 15:20, 16:15, 20:15
**negative** [4] - 14:1, 14:4, 14:6, 17:12
**never** [1] - 34:3
**next** [29] - 9:11, 9:13, 9:14, 9:15, 14:18, 14:25, 15:13, 16:17, 16:19, 18:23, 22:2, 22:3, 22:4, 22:9, 22:10, 22:11, 22:12, 22:13, 26:6, 28:10
**Noah** [2] - 2:22, 6:22
**normally** [1] - 20:11
**Notarial** [1] - 35:14
**Notary** [2] - 2:5, 35:3
**notes** [2] - 31:21, 35:8
**nothing** [3] - 6:7, 31:4, 35:5
**November** [1] - 7:5
**number** [3] - 4:22, 11:11, 16:6

**O**

**oath** [1] - 4:5
**object** [2] - 31:11, 33:24
**objection** [6] - 7:25, 10:17, 13:14, 17:21, 19:14, 33:13
**Objections** [1] - 3:5
**observe** [1] - 32:11
**occurred** [1] - 7:5
**October** [1] - 7:8
**OF** [6] - 1:1, 1:13, 2:10, 2:16, 35:1, 35:2
**office** [2] - 5:17, 7:5
**often** [2] - 15:19, 15:20
**ON** [2] - 2:10, 2:16
**once** [1] - 13:5
**one** [30] - 4:16, 9:4, 9:5, 9:16, 10:2, 14:19, 15:3, 16:19, 18:24, 21:19, 22:2, 22:6, 22:9, 22:14, 22:24, 23:17, 26:6, 26:12, 26:21, 27:13, 28:10, 29:11, 29:25, 30:4, 30:5, 31:13, 31:22, 34:3
**ones** [2] - 25:15, 29:10
**opportunity** [1] - 21:23
**opposite** [1] - 18:6

**order** [1] - 9:3
**original** [1] - 35:8
**Original** [1] - 3:16
**outside** [3] - 5:2, 31:12, 33:14
**over-standard** [4] - 14:9, 24:1, 24:23, 33:6
**own** [1] - 13:3

**P**

**p.m** [1] - 34:19
**Pacific** [3] - 1:7, 8:3, 23:1
**PAGE** [1] - 3:2
**page** [30] - 9:12, 9:13, 9:14, 9:15, 14:18, 14:19, 14:25, 15:13, 16:17, 16:18, 18:23, 19:8, 20:22, 22:2, 22:3, 22:4, 22:10, 22:11, 22:12, 22:13, 25:5, 26:5
**PARALEGAL** [1] - 2:12
**Paralegal** [1] - 2:22
**part** [3] - 7:20, 20:11, 26:11
**parties** [3] - 4:14, 35:10, 35:12
**past** [1] - 5:18
**Paul** [1] - 2:13
**people** [4] - 10:15, 13:4, 17:11, 17:14
**perfectly** [2] - 30:18, 30:22
**person** [2] - 19:12, 19:21
**perspective** [1] - 13:25
**phone** [4] - 4:22, 7:15, 7:17, 10:22
**phrase** [1] - 31:3
**pick** [1] - 23:14
**picking** [1] - 6:12
**pickup** [1] - 23:16
**Pierce** [1] - 27:12
**place** [1] - 32:12
**Plaintiff** [2] - 1:5, 2:3
**PLAINTIFF** [1] - 2:10
**plaintiff's** [1] - 4:16
**PLC** [1] - 2:12
**please'** [1] - 11:24
**point** [2] - 8:17, 20:6
**position** [13] - 8:9, 8:11, 13:21, 26:2, 27:25, 28:6, 28:7, 28:18, 30:24, 34:5, 34:7, 34:9, 34:13

**positions** [1] - 28:4
**positive** [5] - 13:25, 14:4, 17:12, 17:14, 32:20
**possession** [1] - 3:17
**possible** [1] - 31:9
**practice** [1] - 14:8
**preliminary** [2] - 4:24, 5:25
**prepare** [1] - 6:20
**prepared** [1] - 6:6
**PRESENT** [1] - 2:21
**prevent** [1] - 6:7
**previous** [2] - 8:15, 23:12
**previously** [2] - 10:25, 14:14
**Prince** [4] - 9:24, 9:25, 11:3, 15:4
**privy** [1] - 25:16
**procedures** [1] - 14:16
**processes** [1] - 14:16
**produce** [1] - 4:12
**produced** [3] - 4:18, 7:16, 31:16
**Professional** [1] - 2:5
**program** [1] - 10:22
**promote** [3] - 17:9, 17:10, 17:17
**provides** [1] - 4:15
**Public** [2] - 2:5, 35:3
**pull** [2] - 9:3, 9:4
**purpose** [2] - 12:13, 12:14
**pursuant** [1] - 4:13
**put** [1] - 10:8
**putting** [1] - 32:5

**Q**

**qualified** [1] - 35:4
**questioning** [2] - 31:11, 31:19
**questions** [7] - 4:25, 5:7, 6:6, 16:18, 20:17, 29:10, 34:17
**quick** [2] - 9:2, 29:13
**quickly** [1] - 4:8
**quite** [1] - 18:6

**R**

**radio** [2] - 15:13, 15:19
**railroad** [1] - 18:3
**Railroad** [1] - 1:7
**range** [2] - 4:19, 16:8
**read** [3] - 7:4, 7:7, 27:2
**reading** [1] - 19:8

**ready** [1] - 22:10
**really** [2] - 11:8, 14:6
**reason** [2] - 9:22, 26:15
**receiving** [1] - 27:17
**recess)** [1] - 29:17
**recognize** [1] - 25:23
**recommend** [3] - 34:7, 34:8, 34:10
**record** [3] - 4:8, 4:11, 5:13
**recordings** [2] - 15:13, 15:19
**records** [1] - 7:15
**reference** [1] - 25:19
**referred** [1] - 12:21
**referring** [7] - 11:18, 15:9, 19:9, 19:24, 22:6, 29:5, 29:8
**refers** [2] - 4:21, 31:17
**refreshed** [1] - 24:12
**reinforcing** [1] - 17:16
**related** [6] - 17:19, 20:17, 24:3, 24:6, 24:10, 35:10
**relative** [1] - 35:11
**remember** [30] - 8:14, 11:2, 11:8, 11:9, 11:11, 11:13, 12:24, 15:9, 15:11, 15:15, 15:16, 15:18, 18:17, 18:18, 18:20, 19:15, 21:6, 21:7, 21:19, 23:12, 23:16, 24:17, 25:20, 25:25, 26:1, 28:5, 28:7, 28:20, 30:3
**remotely** [1] - 35:4
**repeat** [4] - 18:13, 19:18, 24:4, 33:20
**Reporter** [3] - 2:5, 35:3, 35:17
**Reporter's** [1] - 3:14
**request** [1] - 15:19
**requesting** [1] - 15:14
**requests** [1] - 34:12
**responding** [1] - 15:4
**rest** [1] - 30:17
**results** [2] - 32:17, 32:19
**review** [3] - 6:25, 21:23, 21:24
**reviewing** [1] - 24:11
**rides** [1] - 20:14
**rise** [1] - 31:18
**risk** [1] - 18:8
**Ron** [1] - 27:11
**rule** [1] - 18:2

**S**

**safe** [5] - 17:10, 17:25, 18:3, 18:4, 18:5
**safety** [5] - 17:9, 17:19, 24:3, 24:5, 24:10
**scope** [4] - 31:12, 33:14, 33:19, 34:5
**screen** [1] - 20:25
**scroll** [1] - 9:9
**Seal** [1] - 35:14
**second** [6] - 4:12, 9:5, 22:14, 27:19, 29:11, 31:13
**seconds** [1] - 14:24
**see** [3] - 14:21, 26:23, 27:2
**send** [6] - 11:23, 12:1, 13:12, 13:19, 14:1, 34:12
**sending** [18] - 9:19, 10:10, 10:13, 10:15, 15:16, 15:18, 15:23, 17:3, 19:11, 19:15, 19:23, 21:7, 21:19, 22:8, 22:19, 26:13, 28:24, 29:1
**Senior** [4] - 11:24, 12:2, 12:21, 12:23
**senior** [6] - 10:2, 12:24, 12:25, 13:1, 13:13, 13:20
**sent** [5] - 9:21, 10:5, 15:2, 21:17, 25:15
**set** [4] - 23:15, 31:3, 31:4, 35:14
**several** [2] - 8:2, 13:4
**Sexton** [9] - 1:4, 5:20, 11:11, 11:15, 18:11, 18:14, 22:15, 24:12, 30:3
**Sexton's** [4] - 7:7, 11:18, 20:22, 23:8
**shake** [1] - 6:2
**shift** [5] - 16:10, 16:12, 16:13, 16:15
**Shorthand** [1] - 35:3
**show** [3] - 9:9, 31:16, 32:6
**show'** [1] - 22:18
**showing** [2] - 10:6, 24:17
**siding** [1] - 23:15
**similar** [1] - 9:7
**singular** [1] - 22:23
**situation** [2] - 14:3, 14:13
**sleeping** [1] - 26:7
**slept** [1] - 26:11

**slow** [1] - 30:10
**Smith** [1] - 7:18
**snowing** [1] - 30:9
**sorry** [4] - 7:2, 15:7, 21:1, 25:2
**sort** [2] - 5:4, 20:1
**sounds** [3] - 5:8, 9:4, 25:24
**South** [1] - 2:18
**SOUTHERN** [1] - 1:1
**specific** [11] - 8:2, 10:10, 11:20, 20:20, 21:19, 24:14, 26:16, 28:20, 30:2, 31:5, 31:6
**specifically** [5] - 15:15, 18:18, 21:15, 25:20, 25:25
**speculate** [1] - 15:17
**speculating** [4] - 11:10, 20:21, 25:20, 32:25
**speed** [1] - 20:2
**spell** [1] - 5:14
**spoken** [1] - 7:10
**ss** [1] - 35:1
**St** [1] - 2:13
**stamp** [1] - 26:24
**standard** [7] - 14:8, 14:9, 23:6, 24:1, 24:23, 30:14, 33:6
**start** [1] - 7:14
**started** [1] - 29:19
**State** [2] - 2:6, 35:4
**state** [2] - 4:11, 5:13
**STATE** [1] - 35:1
**STATES** [1] - 1:1
**stenographic** [1] - 35:8
**stick** [1] - 22:14
**still** [2] - 6:10, 21:11
**stipulation** [3] - 4:13, 4:14, 31:12
**stop** [3] - 22:5, 25:5, 25:6
**stopped** [1] - 20:6
**Street** [1] - 2:18
**string** [1] - 21:3
**stuff** [1] - 14:10
**subject** [1] - 31:8
**Suite** [1] - 2:18
**superiors** [1] - 14:2
**supervise** [1] - 20:16
**supposed** [2] - 8:23, 25:18
**switched** [1] - 10:24
**sworn** [2] - 4:4, 35:5

**T**

**TA1** [1] - 25:17
**TAKEN** [1] - 1:22
**TAQATQA** [23] - 2:17, 4:7, 4:10, 5:5, 7:25, 10:17, 13:14, 17:21, 19:14, 21:22, 24:24, 26:23, 27:4, 28:13, 29:18, 31:10, 31:15, 31:23, 32:1, 33:13, 33:20, 33:24, 34:16
**Taqatqa** [1] - 3:5
**tasks** [2] - 24:3, 24:6
**Teams** [4] - 9:1, 10:23, 10:25, 11:1
**telephone** [1] - 8:12
**ten** [2] - 16:10, 29:16
**terminal** [7] - 12:12, 16:2, 16:3, 18:24, 20:6, 20:13, 20:19
**test** [8] - 31:2, 31:8, 32:7, 32:13, 32:18, 32:19, 32:24, 33:7
**tested** [2] - 32:15, 32:16
**testify** [1] - 35:5
**testimony** [1] - 34:18
**testing** [1] - 32:2
**tests** [3] - 30:24, 32:5, 32:10
**text** [1] - 10:23
**THE** [6] - 1:1, 1:1, 2:10, 2:16, 27:1, 27:9
**thinking** [1] - 33:3
**third** [1] - 27:14
**three** [9] - 8:22, 19:1, 21:6, 23:10, 25:21, 30:13, 33:1, 33:3, 33:5
**throughout** [1] - 20:12
**timeframe** [1] - 5:1
**today** [2] - 6:8, 6:20
**Tom** [1] - 8:13
**took** [4] - 8:21, 8:22, 18:20, 24:15
**top** [3] - 9:18, 20:22, 26:1
**tracks** [4] - 18:11, 18:14, 19:13, 19:22
**train** [24] - 5:20, 11:11, 11:15, 11:18, 16:20, 16:25, 17:2, 17:8, 17:20, 18:6, 18:9, 19:25, 20:2, 20:6, 20:12, 20:23, 22:16, 23:13, 24:10, 33:5, 33:8, 33:12, 33:18, 33:23

**trainmaster** [6] - 12:4, 15:25, 17:9, 28:9, 28:17, 28:23
**trains** [6] - 14:9, 15:24, 16:16, 17:10, 18:23, 20:5
**transcript** [2] - 35:8
**Transcript** [1] - 3:16
**trick** [1] - 18:25
**true** [1] - 35:8
**truth** [2] - 35:5, 35:6
**try** [8] - 13:12, 14:14, 17:6, 17:17, 20:2, 23:25, 24:2, 24:6
**trying** [1] - 19:21
**typed** [3] - 10:4, 10:13, 10:15
**types** [1] - 8:4
**typical** [1] - 21:16
**typically** [3] - 5:1, 16:13, 30:10

### U

**under** [2] - 4:5, 29:20
**UNITED** [1] - 1:1
**unless** [1] - 31:15
**unsafe** [1] - 18:7
**unsure** [1] - 11:17
**up** [19] - 6:12, 9:3, 9:4, 11:19, 11:23, 11:25, 12:7, 12:9, 13:12, 14:2, 14:19, 20:2, 22:7, 23:14, 26:20, 27:1, 29:13, 31:6, 31:22
**uses** [1] - 8:4

### V

**varies** [2] - 16:5, 16:7
**verbally** [1] - 6:1
**verbatim** [1] - 19:20
**versus** [1] - 6:3
**via** [1] - 2:2
**videoconference** [1] - 2:2
**vs** [1] - 1:6

### W

**weeks** [1] - 7:11
**Weston** [1] - 2:13
**WHEREOF** [1] - 35:14
**WHEREUPON** [1] - 34:18
**WHITNEY** [1] - 2:17
**whole** [1] - 9:10
**witness** [5] - 19:15, 21:23, 22:2, 22:11, 27:9
**WITNESS** [3] - 27:1, 27:9, 35:14
**Witness** [1] - 9:13
**witnessed** [3] - 22:25, 30:5, 32:22
**wonderful** [1] - 30:16
**Woods** [1] - 2:13
**word** [1] - 10:7
**wording** [1] - 20:4
**words** [1] - 10:8
**works** [1] - 21:12
**write** [9] - 11:19, 11:23, 11:25, 12:7, 12:9, 13:12, 14:1, 14:5
**write-up** [4] - 11:25, 12:7, 12:9, 13:12
**written** [1] - 10:19

### Y

**YAEGER** [1] - 2:12
**years** [4] - 21:7, 23:10, 33:1, 33:3
**yesterday** [1] - 6:22

### Z

**Zoom** [2] - 2:2, 11:2