**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| John Sexton, | Case No. 3:23-cv-00031-HCA |
| Plaintiff, | |
| v. | **JOINT MOTION FOR EXTENSION OF DEADLINE FOR MOTION FOR ATTORNEY FEES AND APPLICATION FOR COSTS** |
| Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation, | |
| Defendant. | |

Plaintiff John Sexton ("Sexton") and Defendant Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific ("DM&E"), pursuant to Local Rule ("LR") 7(a), hereby jointly move this Court to enter an Order extending the deadline for a motion for attorney fees and an application for costs. In support thereof, the Parties jointly state as follows:

1. This case proceeded to a five-day jury trial on March 9, 2026 until March 13, 2026.

2. On March 13, 2026, the jury returned a general verdict for Sexton on liability (Dkt. 151) and a general verdict awarding punitive damages to Sexton. (Dkt. 153).

3. On March 17, 2026 and pursuant to Federal Rule of Civil Procedure 58(b), the Deputy Clerk entered Judgment in this case. (Dkt. 155).

4. Both an application for taxable costs and a motion for attorney fees are due 14 days after the entry of Judgment. *See* Fed. R. Civ. P. 54(d)(1) *and* LR 54(a)(1)(A) (application for costs); Fed. R. Civ. P. 54(d)(2)(B)(i) *and* LR 54A(a) (motion for attorney fees).

5. Both Parties made Rule 50(a) motions prior to the close of evidence at trial. (Dkts. 136, 137). Either Party may renew its motion and seek other post-trial relief within 28 days from the entry of judgment. Fed. R. Civ. P. 50(b); Fed. R. Civ. P. 59(b).

6.      Resolution of any motion for post-trial relief will determine or confirm the "prevailing party" at trial. *See* Fed. R. Civ. P. 50(b)(1)–(3) (when faced with Rule 50(b) motions, the Court may "(1) allow judgment on the verdict, if the jury returned a verdict; (2) order a new trial; or (3) direct the entry of judgment as a matter of law.").

7.      The determination or confirmation of the prevailing party may affect the parties' entitlement to an award of costs and/or attorney fees. *See* Fed. R. Civ. P. 54(d)(1) (costs . . . "should be allowed to the prevailing party."); 49 U.S.C. § 20109(e)(1)–(2)(C) ("An employee prevailing in any action [ . . . ] shall be entitled to . . . reasonable attorney fees.").

8.      In order to streamline the post-trial briefing schedule and eliminate the possibility of potentially duplicative or unnecessary briefing by either party, the Parties jointly move this Court to enter an order extending the deadline for a motion for attorney fees and application for costs, as follows:

    a.  Any motion for attorney fees must be filed within 14 days after the Court's order deciding any post-trial motion filed by either party under Rule 50 or Rule 59, or within 14 days from the deadline to renew motions and seek other post-trial relief if neither party files such motions on or before the deadline.

    b.  Any response to a motion for attorney fees must be filed within 14 days after service of the motion for attorney fees to which it responds. *See* LR 7(e).

    c.  Any reply brief to a resistance to a motion for attorney fees must be filed within 7 days after service of the resistance to which it replies. *See* LR 7(g).

    d.  Any application for costs pursuant to Fed. R. Civ. P. 54(d)(1) or LR 54(a)(1)(A) must be filed within 14 days after the Court's order deciding any post-trial motion filed by either party under Rule 50 or Rule 59, or within 14 days from

the deadline to renew motions and seek other post-trial relief if neither party files such motions on or before the deadline.

e.  Any resistance to the taxation of costs must be filed within 14 days after service of the application for costs (Form AO-133). *See* LR 54(a)(1)(C).

f.  Any reply brief related to the application for costs will be governed by Local Rule 54(a)(1)(D).

g.  All other deadlines except for those flowing from the specific deadlines as amended above shall remain unmodified.

9.  The Court has authority to modify the requested deadlines. *See* Fed. R. Civ. P. 54(d)(1) (setting the schedule for application for fees "[u]nless a federal statute, these rules, *or a court order provides otherwise . . .*"); and Fed. R. Civ. P. 54(d)(2)(B) ("Unless a statute *or court order provides otherwise*, the motion [for attorney fees] must . . . (i) be filed no later than 14 days after the entry of judgment[.]").

10.  The Parties have met and conferred in good faith on the requested extension. Neither Party will be prejudiced by the entry of an extension of the deadline as described in this Joint Motion.

11.  An extended deadline related to attorney fees and costs will likewise promote judicial economy by sequencing the motions and briefs described above to be filed only once the "prevailing party" is determined by this Court.

12.  The Parties have prepared a Proposed Order providing the relief requested and attached it to this Joint Motion for the Court's convenience.

* * * * *

Respectfully submitted:                    Date: March 24, 2026

NICHOLS KASTER, PLLP                        DORSEY & WHITNEY LLP

/s/ Cyle A. Cramer                          /s/ Joshua D. Hughes
Cyle A. Cramer                              Joshua Hughes (AT0014950)
80 South Eighth Street                      hughes.joshua@dorsey.com
4700 IDS Center                             Dorsey & Whitney LLP
Minneapolis, MN 55402                       801 Grand Ave, Suite 4100
Phone: (512) 256-3200                       Des Moines, IA 50309
Fax: (612) 338-4878                         Tel: (515) 283-1000
ccramer@nka.com                             Fax: (515) 598-7704

                                            /s/ John T. Sullivan (pro hac vice)
John D. Magnuson                            sullivan.jack@dorsey.com
YAEGER & JUNGBAUER                          Briana Al Taqatqa (pro hac vice)
BARRISTERS, P.L.C.                          altaqatqa.briana@dorsey.com
4601 Weston Woods Way                       Dorsey & Whitney LLP
St. Paul MN, 55127                          50 South Sixth Street, Suite 1500
Phone: (507) 330-4777                       Minneapolis, MN 55402
Fax: (651) 288-0227                         Tel:  (612) 340-2600
jmagnuson@yjblaw.com                        Fax:  (612) 340-2868

Megan R. Merritt                            ATTORNEYS FOR DEFENDANTS
SHUTTLEWORTH & INGERSOLL
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
mrm@shuttleworthlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, I caused the foregoing to be electronically served on all registered parties and/or their attorneys of record at their respective addresses via CM/ECF.

   */s/ Joshua D. Hughes*