**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| John Sexton,<br><br>      Plaintiff,<br><br>v.<br><br>Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific, a Delaware Corporation,<br><br>      Defendant. | Case No. 3:23-cv-00031-HCA<br><br>**[PROPOSED]**<br><br>**ORDER SETTING POST-TRIAL DEADLINES REGARDING ATTORNEY FEES AND COSTS** |

The Court now has before it the Parties' Joint Motion for Extension of Deadline for Motion for Attorneys' Fees and Application for Costs [Dkt. __]. Having reviewed the Parties' Motion and being advised fully of the circumstances, the Court hereby Orders the following post-trial motion and briefing schedule on the terms stated below:

1. Any motion for attorney fees must be filed within 14 days after the Court's order deciding any post-trial motion filed by either party under Rule 50 or Rule 59, or within 14 days from the deadline to renew motions and seek other post-trial relief if neither party files such motions on or before the deadline.

2. Any response to a motion for attorney fees must be filed within 14 days after service of the motion for attorney fees to which it responds. *See* LR 7(e).

3. Any reply brief to a resistance to a motion for attorney fees must be filed within 7 days after service of the resistance to which it replies. *See* LR 7(g).

4. Any application for costs pursuant to Fed. R. Civ. P. 54(d)(1) or LR 54(a)(1)(A) must be filed within 14 days after the Court's order deciding any post-trial motion filed by either party under Rule 50 or Rule 59, or within 14 days from the deadline to renew

motions and seek other post-trial relief if neither party files such motions on or before the deadline.

5.  Any resistance to the taxation of costs must be filed within 14 days after service of the application for costs (Form AO-133). *See* LR 54(a)(1)(C).

6.  Any reply brief related to the application for costs will be governed by Local Rule 54(a)(1)(D).

7.  All other deadlines except for those flowing from the specific deadlines as amended above shall remain unmodified.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Helen C. Adams
United States Magistrate Judge
United States District Court for the Southern District of Iowa

2