UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| John Sexton, | ) | |
| | ) | Case No. 3:23-cv-00031-HCA |
| Plaintiff, | ) | |
| | ) | |
| | ) | **DEFENDANT'S RENEWED** |
| v. | ) | **MOTION FOR JUDGMENT AS A** |
| | ) | **MATTER OF LAW, OR IN THE** |
| Dakota, Minnesota & Eastern Railroad | ) | **ALTERNATIVE, FOR A NEW TRIAL,** |
| Corporation d/b/a Canadian Pacific, a | ) | **OR IN THE FURTHER ALTERNATIVE,** |
| Delaware Corporation, | ) | **FOR JUDGMENT TO BE AMENDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific

("DM&E"), pursuant to Fed. R. Civ. P. 50(b), 59(a), 59(e), and Local Rule 7, hereby moves this

Court to enter judgment as a matter of law for DM&E, to alternatively order a new trial, or in the

further alternative, to amend the Judgment that was entered March 17, 2026 (Dkt. 155).

In support, DM&E states as follows:

1.      This case was tried to a jury from March 9 through March 13, 2026.

2.      At the close of evidence, DM&E moved for judgment as a matter of law under Rule

50(a) on the basis that Sexton had failed to present evidence sufficient to support:

      a.   liability on his retaliation claim;

      b.   entitlement to punitive damages; or

      c.   rejection of DM&E's affirmative defense that it would have taken the same

         disciplinary action with respect to Sexton irrespective of any alleged protected

         refusal to work. Dkt. 136.

3.      The Court took DM&E's motion under advisement. Fed. R. Civ. P. 50(b).

1

4.      Despite the absence of any evidence or testimony indicating that DM&E was liable or that Sexton endured *any* emotional distress, the jury found DM&E liable and awarded Sexton $375,000.00 in past emotional distress damages and $375,000.00 in future emotional distress damages. (Dkt. 151.)

5.      The jury then awarded $1.5 million in punitive damages. (Dkt. 153.)

6.      DM&E now renews its motion for judgment as a matter of law under Rule 50(b), seeks a new trial under Rule 59, and moves to amend the judgment to conform to the FRSA's statutory limits.

7.      DM&E files with this Motion a memorandum of law in support pursuant to Local Rule 7(h) and Dkt. 175.

8.      For the reasons set forth above and in its brief, DM&E respectfully requests the Court enter an Order:

      a.  Granting DM&E's renewed motion for judgment as a matter of law and vacating the entry of judgment in favor of Plaintiff John Sexton;

      b.  In the alternative, ordering a new trial or offering remittitur; and/or

      c.  Amending the entry of judgment to conform to statutory limits.

Respectfully submitted:

Dated: April 14, 2026                          DORSEY & WHITNEY LLP


/s/ *Joshua D. Hughes*
Joshua Hughes (AT0014950)
hughes.joshua@dorsey.com
Dorsey & Whitney LLP
801 Grand Ave, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 598-7704


/s/ *John T. Sullivan*
John T. Sullivan (pro hac vice)
sullivan.jack@dorsey.com
Briana Al Taqatqa (pro hac vice)
altaqatqa.briana@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel:  (612) 340-2600
Fax:  (612) 340-2868

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I caused the foregoing to be electronically served on Plaintiff via ECF, which provides notice and a copy to Plaintiff's counsel and all other counsel of record:

Megan R. Merritt
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
mrm@shuttleworthlaw.com

John D. Magnuson
YAEGER & JUNGBAUER BARRISTERS, P.L.C.
4601 Weston Woods Way
St. Paul, MN 55127
Phone: (507) 330-4777
Fax: (651) 288-0227
jmagnuson@yjblaw.com

Cyle A. Cramer
NICHOLS KASTER, PLLP
80 South Eighth Street
4700 IDS Center
Minneapolis, MN 55402
Phone: (512) 256-3200
Fax: (612) 338-4878
ccramer@nka.com

/s/ *Joshua D. Hughes*
Counsel for Defendant