UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| John Sexton, | ) | |
| | ) | Case No. 3:23-cv-00031-HCA |
| Plaintiff, | ) | |
| | ) | |
| | ) | **DEFENDANT'S MOTION TO STAY** |
| v. | ) | **EXECUTION OF JUDGMENT** |
| | ) | |
| Dakota, Minnesota & Eastern Railroad | ) | |
| Corporation d/b/a Canadian Pacific, a | ) | |
| Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant Dakota, Minnesota & Eastern Railroad Corporation d/b/a Canadian Pacific ("DM&E"), pursuant Federal Rule of Civil Procedure 62(b), moves for an order staying the enforcement of judgment pending disposition of its post-trial motions.

In support, DM&E states as follows:

1.      This case was tried to a jury from March 9 through March 13, 2026.

2.      The jury found DM&E liable and awarded Sexton $375,000.00 in past emotional distress damages and $375,000.00 in future emotional distress damages. (Dkt. 151.)

3.      The jury then awarded $1.5 million in punitive damages. (Dkt. 153.)

4.      The Clerk of Court entered judgment on the verdict on March 17, 2026. (Dkt. 155.)

5.      DM&E moved for judgment as a matter of law, or in the alternative, for a new trial, or in the further alternative, for judgment to be amended on April 14, 2026 (Dkts. 176, 176-1).

6.      DM&E requests this Court issue an order staying execution on the judgment pending the resolution of DM&E's post-trial motions (Dkts. 176, 176-1).

7.      The Court should issue a stay of execution on the judgment without bond because DM&E is and will continue to be fully capable of satisfying the judgment pending resolution of

the post-trial motions.

8.     If the Court determines security is required, the Court should accept a corporate guarantee from DM&E's parent entity, Canadian Pacific Kansas City Limited.

9.     If the Court determines a bond is required, the Court should set the amount of security at no more than $1,000,000.00, which reflects the total judgment value excluding interest and costs and contemplating the statutory limit on punitive damages.

10.     Counsel for DM&E conferred with counsel for Plaintiff in an attempt to stipulate to the entry of a stay of execution on the Judgment without a security, or in the alternative accepting a corporate guarantee as security in the amount of $1 million. Plaintiff opposes DM&E's Motion.

11.     In support of its Motion, DM&E respectfully submits the attached:

  a. Brief in Support of Motion to Stay Execution of Judgement (LR 7(d));

  b. Declaration of Joshua Hughes; and

  c. Exhibit to the Declaration of Joshua Hughes.

12.     For the reasons explained above and discussed in its attached Brief, DM&E respectfully requests the Court enter an Order:

  a. Staying execution on the judgment without security; or

  b. In the alternative, accepting a corporate guarantee as security for a stay of execution on the judgment in the aggregate amount of $1,000,000.00.

2

Respectfully submitted:

Dated: April 16, 2026                    DORSEY & WHITNEY LLP


/s/ *Joshua D. Hughes*
Joshua Hughes (AT0014950)
hughes.joshua@dorsey.com
Dorsey & Whitney LLP
801 Grand Ave, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 598-7704


/s/ *John T. Sullivan*
John T. Sullivan (pro hac vice)
sullivan.jack@dorsey.com
Briana Al Taqatqa (pro hac vice)
altaqatqa.briana@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel:  (612) 340-2600
Fax:  (612) 340-2868

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I caused the foregoing to be electronically served on Plaintiff via ECF, which provides notice and a copy to Plaintiff's counsel and all other counsel of record:

Megan R. Merritt
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
mrm@shuttleworthlaw.com

John D. Magnuson
YAEGER & JUNGBAUER BARRISTERS, P.L.C.
4601 Weston Woods Way
St. Paul, MN 55127
Phone: (507) 330-4777
Fax: (651) 288-0227
jmagnuson@yjblaw.com

Cyle A. Cramer
NICHOLS KASTER, PLLP
80 South Eighth Street
4700 IDS Center
Minneapolis, MN 55402
Phone: (512) 256-3200
Fax: (612) 338-4878
ccramer@nka.com

/s/ *Joshua D. Hughes*
Counsel for Defendant

4