UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| John Sexton, | ) | |
| | ) | Case No. 23-cv-00031 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **JOSHUA D. HUGHES** |
| Dakota, Minnesota, & Eastern Railroad | ) | |
| Corporation d/b/a Canadian Pacific, a | ) | |
| Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW I, Joshua D. Hughes, and affirm, attest, and declare as follows:

1.      I am counsel of record for Defendant Dakota, Minnesota, & Eastern Railroad Corporation, d/b/a Canadian Pacific ("DM&E") in the above referenced matter, and I have personal knowledge of the facts stated herein.

2.      I provide this Declaration in support of DM&E's Motion to Stay Execution of Judgment.

3.      Attached to this Declaration as **Exhibit A** is a true and correct copy of excerpts of the 2025 United States Securities and Exchange Commission Form 10-K ("Form 10-K") for Canadian Pacific Kansas City Limited ("CPKCL")

4.      For the convenience of the Court, **Exhibit A** is an abridged copy of CPKCL's 2025 Form 10-K, containing the pages cited in the contemporaneously filed Motion to Stay Execution of Judgment and Brief in Support.

5.      The unabridged CPKCL Form 10-K is publicly available pursuant to The Securities and Exchange Act of 1934, 15 U.S.C. § 78a, *et seq.*

2

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on: April 16 , 2026

/s/ John D. Hughes

Joshua D. Hughes

2